1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3                                          Case No.:

4    SARA PELAYO, MILES AND
     OLIVIA MCGREGOR, SANDRA
5    MORGAN, CHRISTINA MARTIN,
     and DOROTHY RICE, individually,
6    and on behalf of a class of similarly   **EXHIBIT A TO CLASS ACTION**
     situated individual,                   **COMPLAINT**
7
8              Plaintiffs,

9          v.

10   HYUNDAI MOTOR AMERICA,
     INC., HYUNDAI MOTOR
11   COMPANY, KIA MOTORS
     AMERICA, INC. and KIA
12   MOTORS CORPORATION

13             Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Kia Soul**

| | |
|---|---|
| NHTSA ID Number: | 10430517 |
| Incident Date: | June 30, 2011 |
| Report Date: | October 17, 2011 |
| Location: | Unknown |
| VIN: | KNDJT2A20A7**** |
| Vehicle: | 2010 Kia Soul |

I WAS HAVING PROBLEMS WITH THE ELECTRICAL SYSTEM IN

THE KIA, AFTER THAT WAS FIXED THE CAR WAS STILL NOT

RUNNING RIGHT, IT WAS SLUGGISH AND USING A LOT OF GAS.

THE HEAD WAS CRACKED, AND SEVERAL OF THE VALVES

WERE MESSED UP AND EVENTUALLY THE WHOLE ENGINE

HAD TO BE REPLACED, THE WHOLE PROCESS TOOK

APPROXIMATELY 2 ½ MONTHS. *TR

| | |
|---|---|
| NHTSA ID Number: | 11267527 |
| Incident Date: | September 27, 2019 |
| Report Date: | October 9, 2019 |
| Location: | Katy, TX |
| VIN: | KNDJT2A25B7**** |
| Vehicle: | 2011 Kia Soul |

ON FRIDAY, SEPTEMBER 27, 2019, I WAS DRIVING FROM KATY,

TX TO NEW ORLEANS, LA TRAVELING WITH MY 2-YEAR-OLD

SON ON I-10. APPROXIMATELY 51 MILES OUTSIDE OF

LAFAYETTE, 2011 KIA SOUL LOSES ENGINCE POWER WHILE

DRIVING HIGHWAY SPEED IN THE PASSING LANE. RPM AND

MPH GOES TO 0 AND ALL LIGHTS APPEAR ON DASHBOARD.

UNABLE TO ACCELERATE IN CAR. THANKFULLY NO

ACCIDENT. COASTS ONTO SHOULD AND TURNS CAR OFF.

RESTARTS CAR AND IT STARTS FINE. CAR CONTINUES WITH

1    THIS ISSUE PROGRESSIVELY GETTING WORSE AND HAPPENING
2    MORE OFTEN WITH AT ONE POINT STATE TROOPERS WERE
3    CALLED OUT. AFTER SEEING A TOTAL OF 3 DEALERSHIPS, ONE
4    OF WHICH I WENT TO FOR A SECOND, AND ONE FIRESTONE
5    (MIKE AT FIRESTONE ACTUALLY SAW SMOKE COMING FROM
6    UNDER THE HOOD) IT'S DETERMINED TO BE BOTH CATALYTIC
7    CONVERTERS ON FRIDAY, OCTOBER 5, 2019…NO WORD ON
8    WHAT ELSE IS AT ISSUE AS IT'S A LETS SEE IF THE PROBLEM IS
9    FIXED GAME WITH KIA…IT'S NOW WEDNESDAY, OCTOBER 9
10   AND AFTER REPLACING ONE CATALYTIC CONVERTER ON
11   MONDAY, OCTOBER 7…I AM TOLD THAT THE SECOND IS BAD
12   TWO DAYS LATER. PLEASE HELP!
13
14   NHTSA ID Number:      10430517
     Incident Date:        June 13, 2018
15   Report Date:          June 18, 2018
     Location:             Sharon, PA
16   VIN:                  N/A
17   Vehicle:              2011 Kia Soul
18   TL * THE CONTACT OWNS A 2011 KIA SOUL. WHILE THE
19   CONTACT WAS EXITING THE VEHICLE IN THE DRIVEWAY,
20   THERE WAS AN EXPLOSION AND THE VEHICLE CAUGHT ON
21   FIRE WITHOUT WARNING. THERE WERE NO INJURIES. THE
22   CONTACT USED A FIRE EXTINGUISHER TO PUT OUT THE FIRE.
23   THE VEHICLE WAS NOT TOWED. THE VEHICLE WAS NOT
24   DIAGNOSED OR REPAIRED. THE DEALER AND THE
25   MANUFACTURER WERE NOT MADE AWARE OF THE FAILURE.
26   THE EXACT ORIGIN OF THE FIRE WAS UNKNOWN. THE VIN
27   WAS NOT AVAILABLE. THE FAILURE MILEAGE WAS 12,000.
28

| NHTSA ID Number: | 10447319 |
| --- | --- |
| Incident Date: | January 9, 2012 |
| Report Date: | February 9, 2012 |
| Location: | Unknown |
| VIN: | KNDJT2826B7**** |
| Vehicle: | 2011 Kia Soul |

THE WHOLE FRONT OF THE CAR WAS ON FIRE AND THE WIND SHIELD EXPLODED. EVERYTHING MELTED DOWN AND CAR IS TOTALED. THIS INCIDENT WAS CAUSED BY AN INTERIOR MALFUNCTION WITH THE CAR. WOULD LIKE KIA TO REPLACE THIS CAR WITH A NEW CAR BECAUSE THIS WAS A NEW CAR THAT I PURCHASED THROUGH KIA. *TR

| NHTSA ID Number: | 11339893 |
| --- | --- |
| Incident Date: | July 4, 2020 |
| Report Date: | July 17, 2020 |
| Location: | Unknown |
| VIN: | KNDJT2A53D7**** |
| Vehicle: | 2013 Kia Soul |

TL – THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 70 MPH THE VEHICLE BEGAN TO STALL THE CONTACT DRIFTED INTO A NEARBY PARKING LOT

THE CONTACT STATED SMOKE WAS COMING OUT THE OUTSIDE REAR

THE CONTACT LIFTED THE HOOD AND NOTICE OIL HAD SPILLED ALL OVER THE ENGINE OF THE VEHICLE. THE CONTACT HAD THE VEHICLE TOWED. THE CONTACT TOOK THE VEHICLE TO A CERTIFIED MECHANIC WHO STATED

1   THAT THE PISTON HAD FAILED AND THE ENGINE NEEDED TO

2   BE REPLACED. THE CONTACT THEN TOOK THE VEHICLE TO

3   THE DEALERSHIP (HAGERSTOWN KIA ADDRESS: 10307 AUTO

4   PL, HAGERSTOWN, MD 21740 PHONE: (301) 739-7283) FOR THE

5   REPAIRS WHO STATED THAT THEIR FAILURE DID NOT

6   RELATED TO THE RECALL, NHTSA CAMPAIGN NUMBER:

7   19V120000 (ENGINE). THE VEHICLE HAD NOT REPAIRED AS OF

8   YET. THE MANUFACTURER WAS UNSURE IF THEY CONTACTED

9   THE MANUFACTURER. THE APPROXIMATE FAILURE MILEAGE

10  WAS 167,000. GL

11

12  NHTSA ID Number:        11338842
    Incident Date:          July 12, 2020
13  Report Date:            July 12, 2020
    Location:               Saint Petersburg, FL
14  VIN:                    KNDJT2A50D7****
    Vehicle:                2013 Kia Soul
15

16  WAS DRIVING ON THE HIGH WAY ENGINE BLINKED FIVE

17  TIMES AND CAR LOCKED UP BEGAN TO SHUT OFF. GOT OUT OF

18  THE CAR THINKING I NEED OIL POPPED

19

20  THE HOOD SAW SOMETHING FALL LOOKED UNDER THE CAR

21  THERE WAS A FIRE PUT THE FIRE OUT WITH A TOWEL CALLED

22  THE POLICE AND THE FIRE DEPARTMENT CAME AND SAID A

23  ROD BLEW? AND I GOOGLED THERE IS A RECALL FOR THIS

24  EXACT HAPPENING

25

26  NHTSA ID Number:        106302264
    Incident Date:          August 30, 2014
27  Report Date:            September 2, 2014
    Location:               Austin, TX
28

VIN:                  N/A
Vehicle:          2013 Kia Soul

SUDDEN DECELERATION QUICKLY FOLLOWED BY LOSS OF ALL ELECTRICAL POWER INCLUDING STEETING, BRAKES, COMPLETE ENGINE SHUT-OFF AND DASH INSTRUMENTATION. DEALER FOUND "NO PROBLEM" AND DID NOT REPAIR OR REPLACE IGNITION SWITCH OR ANYTHING ELSE.

NHTSA ID Number:     11112510
Incident Date:        June 17, 2018
Report Date:         July 19, 2018
Location:             Willowick, OH
VIN:                  KNDJT2A61DY****
Vehicle:         2013 Kia Soul

TAKATA RECALL MY 2013 KIA SOUAL HAD BEEN A GREAT CAR FOR ALMOST 5 YEARS NOW. OUT OF NO WHERE WHEN I WAS DRIVING MY CAR IT JUST STARTED TO MAKE THIS REALLY LOUD KNOCKING AND TICKING SOUND. THE CHECK ENGINE LIGHT CAME ON AND IT SHUTS OFF WHILE I'M DRIVING. I GOT IT TO TURN ON I TOOK IT TO KIA THEY DID THE DIAGNOSIS ITS AN ENGINE FAILURE MY ROD IS FAULTY THE GUY SAID BY MY WARRANTY APPARENTLY JUST ENDED BUT HOW DOES MY 5 YEAR OLD CAR HAVE ENGINE FAILURE OUT OF THE BLUE IT ONLY HAS 56.263 MILES ON IT I ONLY USE IT LOCALLY I MAINTENANCE MY CAR HOW DOES THIS HAPPEN.

NHTSA ID Number:     11115650
Incident Date:        July 4, 2018
Report Date:         August 3, 2018
Location:             Waxhaw, NC
VIN:                  KNDJT2A57D7****
Vehicle:         2013 Kia Soul

1    TL * THE CONTACT OWNED A 2013 KIA SOUL. THE CONTACT'S

2    WIFE INFORMED HIM OF AN ABNORMAL ODOR ON THE

3    OUTSIDE OF THE VEHICLE. APPROXIMATELY 45 MINUTES

4    LATER, THE VEHICLE CAUGHT ON FIRE. THE FIRE

5    DEPARTMENT WAS CALLED AND EXTINGUISHED THE FIRE. A

6    FIRE WAS FILED AND THE FIRE MARSHALL DIAGNOSED THAT

7    THE WIRING IN FRONT OF THE ENGINE COMPARTMENT

8    CAUSED THE FIRE. THERE WERE NO INJURIES SUSTAINED. THE

9    VEHICLE WAS DESTROYED BY THE FIRE. THE DEALER WAS

10   NOT NOTIFIED. THE MANUFACTURER WAS NOTIFIED, BUT DID

11   NOT ASSIST. THE FAILURE MILEAGE WAS 45,000.

12

13   NHTSA ID Number:    11154095
     Incident Date:      November 22, 2018
14   Report Date:        November 26, 2018
     Location:           Galloway, OH
15   VIN:                KNDJT2A56D7****
     Vehicle:            2013 Kia Soul
16

17   TL* THE CONTACT OWNS A 2013 KIA SOUL. WHILE DRIVING 40

18   MPH, THERE WAS AN ABNORMAL CLICKING NOISE COMING

19   FROM THE ENGINE AND SMOKE UNDER THE HOOD. THE

20   VEHICLE LOST POWER AND ALL THE WARNING INDICATORS

21   ILLUMINATED ON THE INSTRUMENT PANEL. THE VEHICLE

22   WAS ABLE TO BE COASTED TO THE SIDE OF THE ROAD. THE

23   CONTACT POWERED OFF THE ENGINE, BUT THE VEHICLE

24   FAILED TO RESTART. THE CONTACT ALSO STATED THAT

25   THICK WHITE SMOKE CAME OUT OF THE TAILPIPE. THE

26   VEHICLE WAS TOWED TO HATFRIELD KIA (LOCATED AT 1455

27   AUTO MALL DR, COLUMBUS, OH 43228, (855) 226-5444) WHERE

28

1    IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE

2    REPLACED. THE VEHICLE WAS NOT REPAIRED. THE

3    MANUFACTURER WAS NOTIFIED OF THE FAILURE AND

4    PROVIDED CASE NUMBER: 112952277. THE APPROXIMATELY

5    FAILURE MILEAGE WAS 64,000. *DT *JB

6

7    NHTSA ID Number:      11252303
     Incident Date:         March 21, 2019

8    Report Date:          August 29, 2019
     Location:             Olympia, WA

9    VIN:                  KNDJX3A55E7****

10   Vehicle:              2014 Kia Soul

11   TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT

12   STATED THAT THE VEHICLE WAS USING AN EXCESSIVE

13   AMOUNT OF OIL AND THERE WAS AN ABNORMAL KNOCKING

14   AND TAPPING NOISE COMING FROM THE VEHICLE. THE

15   VEHICLE LOST A QUART OF OIL AND ADDITIONAL OIL WAS

16   ADDED. IN ADDITION, THE CHECK ENGINE AND LOW OIL

17   WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS

18   TAKEN TO HANSON KIA (2300 CARRIAGE LOOP SW, OLYMPIA,

19   WA 98502, (360) 943-2120) AND AN OIL CONSUMPTION TEST WAS

20   PERFORMED. THE DEALER DIAGNOSED THAT THE ENGINE

21   NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED.

22   THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE

23   MILEAGE WAS 79,000.

24

25   CONSUMER STATED I CONTINUED WITH MY OIL

26   CONSUMPTION TESTS AND I WAS USING ½ QUART OF OIL

27   EVERY 500 MILES. KIA FINALLY AGREED TO TAKE THE NEXT

28

STEP IN FIXING THE PROBLEM. THEY ARE REPLACING MY

ENGINE.*JB


NHTSA ID Number:      11129356
Incident Date:        August 15, 2018
Report Date:          September 13, 2018
Location:             Sanford, FL
VIN:                  N/A
Vehicle:              2013 Kia Soul

TL* THE CONTACT OWNS A 2013 KIA SOUL. WHILE OPERATING

THE VEHICLE, THE ENGINE INDICATOR ILLUMINATED.

OCCASIONALLY, THE ENGINE WOULD IMMEDIATELY RESTART

AND THE VEHICLE WOULD OEPRATE NORMALLY. THE

VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO

DIAGNOSED THAT THE ENGINE CRANKSHAFT WAS FAULTY

AND NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED.

THE LOCAL DEALER (DELAND KIA, 2322 WOODLAND BLVD,

DELAND, FL) AND THE MANUFACTURER WERE NOTIFIED OF

THE FAILURES, BUT NO ASSISTANCE WAS OFFERED. THE

FAILURE MILEAGE WAS 48,000. THE VIN WAS UNKNOWN.


NHTSA ID Number:      11242856
Incident Date:        June 1, 2019
Report Date:          August 9, 2019
Location:             Walton, NY
VIN:                  KNDJP3A59G7****
Vehicle:              2016 Kia Soul

TL* THE CONTACT OWNS A 2016 KIA SOUL. THE CONTACT

STATED THAT THE VEHICLE WAS BURNING AN ECESSIVE

AMOUNT OF OIL. THE CONTACT CHECKED THE OIL AND

NOTICED THAT THE DIPSTICK WAS DRY; HOWEVER, THE OIL

1    WAS DARK AFTER IT WAS CHANGED. IN ADDITION, THE

2    CHECK ENGINE INDICATOR WAS ILLUMINATED. THE VEHICLE

3    WAS TAKEN TO MATTHEWS AUTO GROUP (3721 VESTAL RD D,

4    VESTAL, NY 13850, (607) 584-5354) WHERE AN OIL

5    CONSUMPTION TEST WAS PERFORMED. IT WAS DETERMINED

6    THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE AMOUNT

7    OF OIL, BUT THERE WERE NO VISIBLE LEAKS. THE DEALER

8    STATED THAT THE ENGINE NEEDED TO BE REPLACED. THE

9    MANUFACTURER WAS NOT CONTACTED. THE CONTACT

10   STATED THAT THE FAILURE WAS SIMILAR TO NHSTA

11   CAMPAIGN NUMBER: 19V120000 (ENGINE, ENGINE AND ENGINE

12   COOLING). THE FAILURE MILEAGE WAS 116,000.

13

14   NHTSA ID Number:        11120842
     Incident Date:          April 29, 2018
15   Report Date:            August 18, 2018
     Location:               Edgewood, NM
16   VIN:                    KNDJT2A6XD7****
     Vehicle:                2013 Kia Soul
17

18   THE ENGINE IN MY 2013 KIA SOUL BLEW AT ONLY 56000 MILES.

19   MY WIFE WAS DRIVING THE CAR ON THE INTERSTATE WHEN

20   SHE HEARD A KNOCKING NOISE AND SHE PULLED OVER. A

21   MAN CAME UP TO HER WINDOW AND TOLD HER THERE WAS

22   FLAMES COMING FROM THE BOTTOM OF THE CAR. IT TURNS

23   OUT THAT A ROD WENT THROUGH THE KIA, THE SERVICE

24   TECH ASKED ABOUT THE OIL CHANGES AND HAD MENTIONED

25   THAT THE OEM OIL FILTER THAT KIA PUTS HAS SOME TYPE OF

26   PRESSURE RELEASE AND WHEN YOU GET THE OIL CHANGED

27   SOMEHWERE ELSE THEY DON'T HAVE THAT TYPE OF FILTER. I

28

EXHIBIT A TO CLASS ACTION COMPLAINT

1    ASKED IF IT WAS REQUIRED TO HAVE THE OIL CHANGED AT

2    KIA DEALER AND HE SAID NO. WE HAVE HAD ALL THE OIL

3    CHANGES UP TO DATE ON THE VEHICLE. IT IS REALLY HARD

4    TO UNDERSTAND HOW AN ENGINE WITH 56K MILES CAN STOP.

5

6

7    NHTSA ID Number:      10626163
     Incident Date:        August 17, 2014

8    Report Date:          August 18, 2014
     Location:             Minneapolis, MN

9    VIN:                  KNDJT2A23E7****

10   Vehicle:              2014 Kia Soul

11   WE HAD BEEN DRIVING FOR ABOUT 20 MINUTES. WE PULLED

12   OFF HIGHWAY TO LOOK AT A TOURIST ATTRACTION. NO

13   INDICATION WHATSOEVER THAT ANYTHING WAS WRONG

14   WITH THE CAR. PARKED, TURNED CAR OFF. GOT OUT.

15   GLANCED BACK AT THE CAR AND SMOKE WAS POURING OUT

16   FROM UNDER THE HOOD. SOON THERE WERE FLAMES

17   DRIPPING FROM UNDERNEATH FRONT END (LOOKED LIKE

18   MELTING PLASTIC). CALLED FIRE DEPARTMENT. WITHIN 1

19   MINUTES FLAMES WERE JUMPING UP ON INTERIOR (DASH

20   AREA) AND EXTERIOR (UNDER HOOD). GOT FIRE

21   EXTINGUISHER FROM NEARBY BUSINESS, BUT WITH HOOD

22   CLOSED, DID NOT HELP. WITHIN 4 MINUTES ENTIRE FRONT

23   END AND FRONT INTERIOR WERE ENGULFED IN ENORMOUS

24   FLAMES. MANY POPPING NOISES (EXPLOSIONS). FIRE

25   DEPARTMENT ARRIVED AFTER ABOUT 5 MINUTES AND

26   EXTINGUISHED THE FIRE. ENTIRE FRONT END OF CAR MELTED

27   TO THE GROUND. I SHOULD NOT THAT WHILE WE LEFT THE

28

1   CAR UNLOCKED WHEN WE GOT OUT, THE DOORS LOCKED
2   THEMSELVES DURING THE FIRE, AND THE KEY FOB WAS
3   INOPERABLE (LOCK ELECTRONICS IN THE CARE WERE FRIED).
4   HAD A PERSON OR PET BEEN IN THE CAR, THEY WOULD HAVE
5   BEEN TRAPPED. MY HUSBAND CUT HIS FACE DURING THIS,
6   BUT DID NOT SEEK A DOCTOR. ALL PERSONAL ITEMS IN THE
7   CAR ARE SEVERELY DAMAGED BY SMOKE. *TR

8
9   NHTSA ID Number:      10731276
    Incident Date:          June 29, 2015
10  Report Date:           June 30, 2015
    Location:               New Cumberland, PA
11  VIN:                    KNDJT2A25E7****
    Vehicle:                2014 Kia Soul
12
13  TAKING A DAY TRIP TO THE CRAYOLA FACTORY, WE WERE 10
14  MILS FROM OUR DESTINATION WHEN WE FIRST SMELLED
15  SMOKE THEN SAW IT COMING IN THROUGH THE VENTS AND
16  FROM THE FRONT PASSENGER CORNER OF THE VEHICLE. I
17  FIRST CHECKED THE GAUGES TO SEE IF IT WAS OVER HEATED,
18  NOTHING. POPPED THE HOOD AND THAT'S WHEN WE
19  REALIZED IT WAS ON FIRE. WE RACED TO GET THE 2 SMALL
20  KIDS OUT OF THE VEHICLES AS THE FLAMES WERE STARTING
21  TO OVER TAKE THE FRONT HOOD. WE WERE ABLE TO SECURE
22  THE KIDS AND GET FAR ENOUGH AWAY FROM THE VEHICLE
23  BUT 3 MINUTES LATER THE CAR WAS GUTTED. NOTHING BUT
24  METAL LEFT ON THE INSIDE. WE HAD NO WARNING THAT
25  SOMETHING WAS WRONG WHILE DRIVING THE CAR, NO
26  ENGINE LIGHT, NO OVERHEATING – JUST SMELLED AND THEN
27  SAW SMOKE. WE WERE LUCK WE HAD A PLACE TO PULL OFF
28

1   ON A BUSY HIGHWAY. I WAS TOLD BY THE POLICE OFFICER

2   THAT I'M LUCKY I TURNED OFF THE CAR AND OPENED THE

3   DOORS BEFORE THE LOCKS MALFUNCTIONED AS HE HAS SEEN

4   IN OTHER KIA CARS. MY HOPES IT AHT KA CAN FIND THE

5   SOURCE OF THE FIRE AND DO A RECALL BEFORE ANYONE

6   ELSE IS FACED WITH THIS NIGHTMARE. I REPORTED IT TO KIA

7   VIA SOCIAL MEDIA, BUT THEY SEEMED MORE CONCERNED ON

8   HOW TO TAKE MY PICTURES OFF RATHER THAN FIX THE

9   ISSUE. *TR UPDATED 11/02/2017*CN

10

11   NHTSA ID Number:      11011211
     Incident Date:        July 25, 2017
12   Report Date:          July 28, 2017
     Location:             Bryans Road, MD
13   VIN:                  KNDJP3A58E7****
     Vehicle:              2014 Kia Soul
14

15   ENGINE CUT OFF WITHOUT WARNING WHILE CAR WAS

16   MOVING IN BOULEVARD TRAFFIC, DECELERATING AS I

17   APPROCHED A TURN INTO A SHOPPING PLAZA. OIL LIGHT

18   CAME ON. ENGINE WOULD NOT RESTART. MECHANIC SAYS

19   THERE ARE LOOSE LITTLE PIECES OF METAL INSIDE ENGINE

20   AND THAT ENGINE MUST BE REPLACED. I HAVE FOLLOWED

21   ALL THE MANUFACTURER'S RECOMMENDATIONS FOR

22   MAINTENANCE. THIS ENGINE SHOULD NOT HAVE SELF-

23   DESTRUCTED AT 93,000 MILES. I AM FILING INFO WITH

24   NHTSHA BECAUSE I SUSPECT THAT PREVIOUS KIA ENGINE

25   RECALL SHOULD HAVE INCLUDED THIS MODEL ALSO.

26

27   NHTSA ID Number:      110292166
     Incident Date:        May 6, 2018
28

Report Date:           May 7, 2018
Location:              Chicago, IL
VIN:                   KNDJP3A51E7****
Vehicle:               2014 Kia Soul

WHILE DRIVING ON HIGHWAY WITH FLOW OF TRAFFIC
WITHOUT ANY DASHBOARD LIGHT WARNING THERE WAS A
POOF OF SMOKE, SMELL OF OIL AND MY VEHICLE LURCHED. I
PULLED TO THE SHOULDER OF THE HIGHWAY AND THERE
WAS A PUDDLE OF OIL WHERE MY VEHICLE STOPPED.


NHTSA ID Number:       11080315
Incident Date:         March 3, 2018
Report Date:           March 19, 2018
Location:              Winston-Salem, NC
VIN:                   KNDJN2A24E7****
Vehicle:               2014 Kia Soul

MY KIA SOUL 2014 JUST BLEW UP AND CAUGHT FIRE. THE
ENGINE WAS A 4 CYLINDER GDI. THE CAR WENT UP IN
FLAMES. THE ENGINE BLEW LOUD AND AS I CAME TO A HALT
THE ENTIRE CAR WAS ON FIRE. THEN THE GAS TANK
EXPLODED. I WAS IN CRUISE CONTROL GOING UP A HIP
NOTICED THE ENGINE RIVETING HARD AND THEN THE CAR
ENGINED MADE THAT LOUD BANG AND THEN IN 12 MINUTES
CAR WAS ENGULFED AND GAS TANK BLEW AS THE FIRE
DEPARTMENT ARRIVED.


NHTSA ID Number:       11045951
Incident Date:         November 10, 2017
Report Date:           November 14, 2017
Location:              Hyde Park, NY
VIN:                   KNDJTN2A26E7****
Vehicle:               2014 Kia Soul

11/10/17: DRIVING SOUTH BOARD ON THE TACONIC STATE

1  PARKWAY MY VECHICLE STARTED MAKING A KNOCKING

2  SOUND AND STALLED DURING DRIVING. LUCKILY I WAS ON

3  THE RT HAND SIDE AND MADE IT TO PULL OVER. GOT MY CAR

4  TOLD AND MECHANIC TOLD ME MY ENGINE SEIZED. HE ALSO

5  TOLD ME THIS WASN'T THE FIRST 2014 SOUL THAT THIS

6  HAPPENED TOO. TOOK ME BY SURPRISED BECAUSE MY

7  VEHICLE HAS NEVER MISSED AN OIL CHANGE. I CALLED KIA

8  AND THEY ARE LOOKING INTO IT.

9

10  NHTSA ID Number:      11041768
    Incident Date:        October 25, 2017
11  Report Date:          October 31, 2017
    Location:             Dallas, TX
12  VIN:                  KNDJN2A22E7****
    Vehicle:              2014 Kia Soul
13

14  ON 10/25/2017 WHILE DRIVING ON THE HIGHWAY, MY 2014 KIA

15  SOUL CAUGHT ON FIRE – SPONTANEOUSLY AND WITHOUT

16  WARNING (NO APPARENT ISSUES IN OPERATING THE CAR,

17  WARNING LIGHTS ON THE DASH, ETC.).

18

19  TWO FELLOW MOTORISTS HONKED THEIR HORNS AND

20  FLASHED THEIR LIGHTS IN AN EFFORT TO SIGNAL ME. THE

21  BACK WINDSHIELD BEGAN TO 'FOG UP' DUE TO THE

22  HEAT/FIRE, AND WE IMMEDIATELY PULLED OFF THE

23  HIGHWAY. IN AN EFFORT TO ESCAPE THIS EMERGENCY, I

24  ALONG WITH MY SON, WHO WAS DRIVING, IMMEDIATELY GOT

25  OUT OF THE VEHICLE AND MOVED A SAFE DISTANCE AWAY

26  BEFORE CALLING 911. AT THIS POINT FLAMES WERE COMING

27  FROM BOTH UNDERNEATH THE VEHICLE AND FROM THE

28

1   ENGINE COMPARTMENT. THE CAR WAS SOON ENGULFED IN
2   FLAMES. MULTIPLE FIRE ENGINES RESPONDED TO THE SCENE
3   IN EXTINGUISHING THE FIRE AND SECURING THE SCENE. THE
4   CAR WAS COMPLETE LOSS (SEE PICTURES ATTACHED IN THE
5   REPORT).
6
7   IT IS IMPORTANT TO NOTE THAT MY 2014 KIA SOUL WAS
8   TAKEN TO A LOCAL KIA DEALERSHIP BETWEEN 10/17/2017 –
9   10/19/2017 FOR DIAGNOSTICS DUE TO LIGHTS (INTERNAL AND
10  ON THE DASH) FLICKERING AND AN ABNORMAL SOUND. THE
11  DEALERSHIP'S SERVICE DEPARTMENT REPLACED THE
12  BATTERY, PERFORMED A SAFETY INSPECTION, BUT WERE
13  UNABLE TO IDENTIFY THE FLICKERING LIGHTS ISSUE, NOR
14  WERE THEY ABLE TO IDENTITY THE SOURCE OF THE
15  ABNORMAL SOUND ALTHOUGH THEY DID ACKNOWLEDGED
16  ITS PRESENCE. THE SERVICE DEPARTMENT RELEASED THE
17  VEHICLE TO ME AND ADVISED ME TO DRIVE THE VEHICLE TO
18  SEE WHAT HAPPENED. MY CAR WAS BROUGHT HOME,
19  PARKED, AND NOT DRIVEN UNTIL THE INCIDENT ON 10/25/2017.
20
21  NHTSA ID Number:      10898504
    Incident Date:            August 24, 2016
22  Report Date:             August 25, 2016
    Location:                 Hernando, FL
23  VIN:                       KNDJN2A28F7****
    Vehicle:                  2015 Kia Soul
24
25  THE CAR CAUGHT FIRE UNDER THE HOOD OF THE ENGINE.
26  UPON ARRIVING HOME FROM GROCERY STORE PASSENGER
27  NOTICED SMOKE UNDER THE HOOD. THE FIRE WAS
28

1  EXTINGUISHED AND THE KIA EMERGENCY ROADSIDE SERVICE
2  WAS CALLED. THE LOCAL KIA DEALER DOESN'T WANT
3  ANYTHING TO DO WITH THE CAR EVEN THOUGH THE CAR IS
4  STILL UNDER FACTORY WARRANTY. KIA CORPORATE ISN'T
5  MUCH HELP EITHER SAYING IT WILL BE 2-5 BUSINESS DAYS
6  BEFORE SOMEONE FROM THERE WILL BE ABLE TO COME AND
7  INSPECT IT. IN THE MEANTIME I AM STRANDED IN FORT
8  WAYNE WITH NO TRANSPORTATION. AGAIN THE CAR IS STILL
9  UNDER FACTORY WARRANTY!!!!!!!!!

10

11  NHTSA ID Number:      11089043
   Incident Date:        April 5, 2018
12  Report Date:         April 20, 2018
   Location:            Murrieta, CA
13  VIN:                 KNDJX3A52F7****
   Vehicle:             2015 Kia Soul
14

15  I WAS DRIVING MY 2015 KIA SOUL ON MY NORMAL ROUTE TO
16  WORK ON 4/5/18. IT WAS A DARK, CLEAR MORNING ON A BUSY
17  HIGHWAY. I WAS MOVING WITH TRAFFIC AT APPROXIMATELY
18  60 MPH. AT JUST ABOUT 5:30 A.M., THE VEHICLE MADE ANOISE
19  AND LOST ACCELERATION. I WAS ABLE TO GET TO THE SIDE
20  OF THE HIGHWAY AND PARK THE VEHICLE. I WAS PARKED
21  FOR APPROXIMATELY 3 MINUTES WHEN I SAW SMOKE AND
22  FLAMES COMING FROM THE ENGINE. I EXITED THE VEHICLE.
23  SHORTLY THEREAFTER, THE VEHICLE WAS FULLY ENGULFED
24  IN FLAMES. NO OTHER PERSONS OR VEHICLES WERE
25  INVOLVED IN THIS INCIDENT. I PURCHASED THE VEHICLE NEW
26  AND IT HAD HAD NO SIGNIFICANT MECHANICAL WORK IN THE
27  2 ½ YEARS THAT I OWNED IT, JUST NORMAL OIL CHANGES
28

1    AND A COUPLE OF SAFETY RECALLS. NEITHER THE

2    FIREFIGHTER ON THE SCENE, NOR THE INSURANCE ADJUSTER,

3    WERE ABLE TO DETERMINE THE CAUSE OF THE FIRE, ONLY

4    THAT IT STARTED IN THE ENGINE.

5

6    NHTSA ID Number:     11122204
     Incident Date:        July 28, 2018
7    Report Date:          August 24, 2018
     Location:             Jonesboro, GA
8    VIN:                  KNDJP3A51F7****
     Vehicle:              2015 Kia Soul
9

10   TL* THE CONTACT OWNED A 2015 KIA SOUL. WHILE THE

11   CONTACT'S SON WAS DRIVING 60 MPH, SMOKE APPEARED

12   FROM THE FRONT OF THE VEHICLE, THE VEHICLE STALLED,

13   AND AN ABNORMAL NOISE WAS HEARD. THE CONTACT'S SON

14   EXITED THE VEHICLE AND OBSERVED THAT THE BOTTOM OF

15   THE ENGINE WAS ON FIRE. WITHIN A MATTER OF MINUTES,

16   THE ENTIRE VEHICLE CAUGHT ON FIRE. THE FIRE

17   DEPARTMENT EXTINGUISHED THE FIRE AND INDICATED THAT

18   THE VEHICLE WAS A TOTAL LOSS. THE VEHICLE WAS TOWED.

19   THE CAUSE OF THE FIRE WAS UNKNOWN. THERE WERE NO

20   INJURIES AND NO POLICE REPORT WAS FILED. THE

21   MANUFACTURER AND DEALER WERE NOT NOTIFIED OF THE

22   FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY

23   80,000.

24

25   NHTSA ID Number:     11121719
     Incident Date:        August 11, 2018
26   Report Date:          August 22, 2018
     Location:             McDonough, GA
27   VIN:                  KNDJP3A58F7****

28

Vehicle:                    2015 Kia Soul

THIS INCIDENT OCCURRED ON SATURDAY, THE 11TH OF AUGUST, 2018 AT 12 NOON.

IN MOTION ON INTERSTATE I75 SOUTHBOUND, MEDIUM TRAFFIC, DRY AND CLEAR CONDITIONS. I HEARD WHAT SOUNDED LIKE A ROCK OR OTHER ROAD DEBRIS HITTING THE BOTTOM OF THE CAR. ABOUT 15 SECONDS LATER I STARTED HEARING A SORT OF TAPPING NOISE FROM THE ENGINE COMPARTMENT. ALL THE GAUGES SHOWED NORMAL. I PULLED OVER THINKING I MAY HAVE PICKED UP SOMETHING UNDER MY CAR. I PULLED TO THE SHOULDER AND EXAMINED UNDER THE CAR AND SAW NOTHING. I STARTED DRIVING AGAIN AND CHANGED MY DESTINATION TO THE KIA DEALER WHERE I PURCHASED MY CAR. I NOTICED THE NOISE INCREASING AND IT SEEMED AS IF THE ENGINE LOST LOST COMPRESSION. I THEN TURNED ON MY FLASHER TO ALERT THE DRIVERS BEHIND ME. ABOUT THIS TIME THE LCD SCREEN TURNED WHITE AND HAD THE MESSAGE THAT THE SYSTEM MAY HAVE RECEIVED AN ERROR MESSAGE FROM THE ENGINE AND NOTED THAT SHOULD GET A KIA DEALER ASAP. THE SCREEN THEN WENT BLANK. I DROVE FOR ABOUT ANOTHER HALF A MILE AND THE ENGINE LIGHT ILLUMINATED AND THE ENGINE DIED. I WAS ABLE TO GET TO THE SHOULDER AND I NOTICE "STEAM" COMING FROM UNDER THE HOOD. UPON OPENING THE HOOD I SAW THE STEAM WAS SMOKE AND FLAMES WERE SHOOTING FROM THE TOP OF THE ENGINE, FROM THE OIL CAP. I TOOK A BLANKET FROM BACK OF MY

1   CAR TO BEAT OUT THE FLAMES AND IT CAUGHT ON FIRE. AT

2   THAT TIME I GOT AWAY FROM THE CAR AND DIALED 911. AT

3   THAT TIME A TRUCKER HAD PULLED OVER AND CAME

4   RUNNING BACK WITH A FIRE EXTINGUISHER AND DOUSED

5   THE FLAMES. A FIRE TRUCK ARRIVED AND WROTE A REPORT

6   WHICH I DO NOT HAVE. THE CAR WAS TOWED TO SONS KIA

7   MCDONOUGH, GA.

8

9   NHTSA ID Number:        11139506
    Incident Date:          October 6, 2018
10  Report Date:            October 10, 2018
    Location:               Palm Bay, FL
11  VIN:                    KNDJP3A50F7****
    Vehicle:                2015 Kia Soul
12

13  TL* THE CONTACT OWNED A 2015 KIA SOUL. WHILE DRIVING

14  APPROXIMATELY 25 MPH, FLAMES APPEARED WITHIN THE

15  ENGINE COMPARTMENT. THE CONTACT PULLED THE VEHICLE

16  OVER AND EXITED AS FLAMES QUICKLY SPREAD

17  THROUGHOUT THE VEHICLE. THE VEHICLE WAS DESTROYED

18  AND TOWED. THE FIRE WAS EXTINGUISED BY THE FIRE

19  DEPARTMENT AND THE POLICE ARRIVED, BUT NO REPORTS

20  WERE FILED. THERE WERE NO INJURIES. THE CONTACT

21  CALLED BONIFACE HIERS KIA AT 321-951-9595 (LOCATED AT

22  880 S APOLLO BLVD, MELBOURNE, FL 32901) AND WAS

23  INFORMED TO CALL THE INSURANCE COMPANY. THE

24  MANUFACTURER WAS NOTIFIED AND STATED THE FAILURE

25  WOULD BE INVESTIGATED. THE FAILURE MILAGE WAS

26  APPROXIMATELY 150,000.

27

28  NHTSA ID Number:        11127964

Incident Date:          June 20, 2018
Report Date:            September 6, 2018
Location:               Windsor, CA
VIN:                    N/A
Vehicle:                2015 Kia Soul

TL* THE CONTACT OWNS A 2015 KIA SOUL. WHILE DRIVING 60

MPH, THE VEHICLE LOST POWER AND SMOKE APPEARED

FROM THE ENGINE COMPARTMENT. THERE WERE NO

WARNING INDICATORS ILLUMINATED. A POLICE REPORT WAS

NOT FILED. A CITIZEN EXTINGUISHED THE FIRE. THERE WERE

NO INJURIES. THERE VEHICLE WAS TAKEN TO JIM BONE KIA

(1255 SANTA ROSA AVE, SANTA ROSA, CA 95404, 707-545-7050)

WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED. THE

VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS

NOTIFIED OF THE FAILURE AND PROVIDED A CASE NUMBER

TO THE CONTACT. THE FAILURE MILEAGE WAS

APPROXIMATELY 80,000. THE VIN WAS UNKNOWN.


NHTSA ID Number:        11339546
Incident Date:          July 15, 2020
Report Date:            July 15, 2020
Location:               Houston, TX
VIN:                    KNDJN2A24G7****
Vehicle:                2016 Kia Soul

TL* THE CONTACT OWNS A 2016 KIA SOUL. THE CONTACT

STATED THAT THE CHECK ENGINE WARNING LIGHT

ILLUMINATED AT START-UP. THE VEHICLE WAS TAKEN TO AN

INDEPENDENT MECHANIC TO BE DIAGNOSED. THE MECHANIC

RETRIEVED A DTC FAULT CODE REGARDING THE CATALYTIC

CONVERTER. THE VEHICLE WAS NOT REPAIRED. A DEALER

WAS NOT CONTACTED. THE CONTACT ATTEMPTED TO REACH

THE MANUFACTURER BUT WAS UNSUCCESSFUL. THE FAILURE MILEAGE WAS 66,292.

| | |
|---|---|
| NHTSA ID Number: | 11073041 |
| Incident Date: | January 19, 2018 |
| Report Date: | February 15, 2018 |
| Location: | Miami, FL |
| VIN: | KNDJPA58G73**** |
| Vehicle: | 2016 Kia Soul |

MY CAR IS 2016, ITS 18 MONTHS OLD HAS 19K MILES AND THE ONLY THING DONE TO THE CAR WAS OIL CHANGES WHICH WERE PERFORMED AT THE DEALER WERE I BOUGHT MY CAR. ON JAN 19, 2018 MY CAR STOP WORKING WHILE DRIVING 45 MILES AN HOUR ON THE STREET. IT HAPPENED ON NW 36TH STREET GOING EAST IN MIAMI, FLORIDA ZIPCODE 33166 WHEN TOWED TO THE DEALER WAS TOLD ON THE FOLLOWING MONDAY THE PISTON PUSH THE ROD BLOCK AND THE ENGINE LOCK UP. ITS STILL AT THE DEALER. ON MONDAY IT WILL BE A MONTH. AND EVEN THOUGH I AM DRIVING A RENTAL ( WHICH THE DEALER IS PAYING FOR) THEY HAVE NO IDEA WHEN THE CAR WILL BE FIXED. EVERYTHING IS UNDER WARRANTY. MY CONCERN IS HOW CAN THIS MANUFACTURE BUILD CARS WHICH THEIR ENGINES LOCAK UP AFTER LESS THAN 2 YEARS. THANK GO I WAS NOT DRIVING IN AN EXPRESSWAY. I AM BEYOND SCARED TO DRIVE THIS KIND OF CAR AGAIN. *TR

| | |
|---|---|
| NHTSA ID Number: | 11133366 |
| Incident Date: | September 18, 2018 |
| Report Date: | October, 4, 2018 |
| Location: | Albany, NY |

VIN:                    KNDJP3A55G7****
Vehicle:                2016 Kia Soul

CAR WAS IN GOOD CONDITION AND WELL MAINTAINED
ACCORDING TO MANUFACTURER'S SERVICE SCHEDULE. IT
WAS LAST SERVICED ON 7/31/18 WHEN IT PASSED NYS
INSPECTION. THE OWNER WAS INFORMED ON 9/18/18 @ 7:03 PM
BY DAUGHTER THAT CAR STARTED MAKING A STRANGE
SOUND ON 9/17/18. PLANNED TO HAVE DEALER CHECK OUT
CAR ON 9/19/18. ON 9/18/18 @ APPROXIMATELY 8:35 PM, WHILE
BEING DRIVEN ON THE LOCAL PROTION OF AN INTERSTATE
HIGHWAY, THE CAR'S OIL LIGHT BLINKED ON AND OFF. A FEW
MINUTES LATER THE CHECK ENGINE LIGHT WENT ON. A FEW
MINUTES LATER THE CAR ENGINE BEGAN TO SMOKE AND
SMOKE CAME INTO THE CAR THROUGH THE AIR VENTS. THE
DRIVER, MY DAUGHTER'S BOYFRIEND, PULLED OVER INTO
THE BREAKDOWN LANE, TURNED OFF THE CAR, GOT OUT,
STEPPED AWAY FROM IT AND THE ENGINE ERUPTED IN
FLAMES. BY APPROXIMATELY 8:50 PM THE CAR WAS TOTALLY
ENGULFED IN FLAMES. THE CAR LOOKS LIKE IT WAS FIRE
BOMBED.

NHTSA ID Number:        11150655
Incident Date:          May 1, 2017
Report Date:            November 9, 2018
Location:               Lansing, MI
VIN:                    N/A
Vehicle:                2016 Kia Soul

MY SOUL HAS BEEN OVER HEATING,STALLING,AND BACK
FIRING, EVEN HAD SMOKE COME FROM ENGINE 2 TIMES.HAS
BEEN IN SHOP OVER 7 TIMES FOR THERMOSTAT ISSUE, THAT

1   THEY SAID THEY CAN NOT FIX .PLUS MY CAR HAS BEEN IN A

2   NUMBER OF TIMES FOR IT NOT HAVING ANY GET UP AND GO

3   .IT HAS TO BE REALLY FAST TO GO UP HILLS .ON HIGHWAY OR

4   MAIN ROADS.

5

6   NHTSA ID Number:      11338396
    Incident Date:        June 8, 2020
7   Report Date:          July 8, 2020
    Location:             Xenia, OH
8   VIN:                  KNDJN2A27J&****
9   Vehicle:              2018 Kia Soul

10  ON 7/8/20, MY CAR MADE A VERY LOUD NOISE AND SHUT OFF

11  ON ME. NO SENSORS, NO LIGHTS CAME ON. I HAD IT TOWED

12  TO THE KIA IN WHICH I PURCHASED IT FROM, AND THEY TOLD

13  ME MY ENGINE BLEW. MY WARRANTY WAS SUPPOSE TO

14  COVER THE REPAIRS BUT THEY ARE REFUSING TO COVER THE

15  REPAIR.

16

17  NHTSA ID Number:      11281431
    Incident Date:        November 20, 2019
18  Report Date:          November 20, 2019
    Location:             Veneta, OR
19  VIN:                  KNDJN2A2XJ7****
20  Vehicle:              2018 Kia Soul

21  CITY STREET. WAS TEST DRIING THIS VEHICLE WHEN IT

22  CAUGHT FIRE AT THE LOWER BACK END OF THE ENGINE.

23

24  NHTSA ID Number:      11150429
    Incident Date:        October 15, 2018
25  Report Date:          November 9, 2018
    Location:             Whitakers, NC
26  VIN:                  KNDJN2A21J7****
27  Vehicle:              2018 Kia Soul

28

THE CAR WAS PARKED IN A PUBLIC PARKING LOT, WITH NO
ONE AROUND IT, WHEN THE ENGINE CAUGHT FIRE AND
DESTROYED THE ENGINE COMPARTMENT. FIRE INSPECTOR
STATED CAUSE OF THE FIRE COULD NOT BE DETERMINED.

NHTSA ID Number:        10820414
Incident Date:          October 15, 2015
Report Date:            January 15, 2016
Location:               Margate, FL
VIN:                    KNDJN2A2XE7****
Vehicle:                2014 Kia Soul

TL* THE CONTACT OWNS A 2014 KIA SOUL. WHILE DRIVING
APPROXIMATELY 40 MPH, THE ENGINE STALLED WITHOUT
WARNING. THE VEHICLE WAS ABLE TO RESTART. THE
FAILURE RECURRED FOUR TIMES. THE VEHICLE WAS TAKEN
TO A DEALER WHERE THE FAILURE WAS UNDETERMINED. THE
VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT
NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE
MILEAGE WAS 6,500.

**Kia Rio**

NHTSA ID Number:        11318387
Incident Date:          February 19, 2020
Report Date:            March 17, 2020
Location:               South Glens Falls, NY
VIN:                    KNADM4A38C6****
Vehicle:                2012 Kia Rio

TL* THE CONTACT OWNED A 2012 KIA RIO. THE CONTACT
STATED WHILE HER SON WAS DRIVING AT 30 MPH, WHITE
SMOKE APPEARED AND FLAMES STARTED FROM THE ENGINE

1  COMPARTMENT.

2

3  FIRE IN THE ENGINE COMPARTMENT

4

5  THE VEHICLE WAS DESTROYED

6

7  THE DRIVER PULLED OVER TO THE SIDE OF THE ROAD AND

8  ALL OCCUPANTS WERE ABLE TO EXIT WITHOUT INJURIES. THE

9  FLAMES QUICKLY ENGULFED THE ENTIRE VEHICLE WITHIN

10  SECONDS. THE FIRE DEPARTMENT WAS CALLED AND

11  EXTINGUISHED THE FIRE. A POLICE REPORT WAS FILED. THE

12  MAUFACTURER STATED THEY WOULD INVESTIGATE AND

13  OFFERED A LOW BOOK VALUE TO REPLACE THE VEHICLE. THE

14  DEALER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS

15  155,000.

16

17  NHTSA ID Number:    11315992
   Incident Date:       March 2, 2020
18  Report Date:         March 4, 2020
   Location:            Livonia, MI
19  VIN:                 KNADM4A40C6****
   Vehicle:             2012 Kia Rio
20
21  LOSS OF RPM IN CARS TACHOMETER DURING DRIVING, THEN

22  LOSS POWER, THEN CAR STALLED AT IDLE. NOW THE CAR

23  DOESN'T START (WORK) ANYMORE DURING IGNITION. CAR

24  NOW TOTALLY FAILED TO START.

25

26  NHTSA ID Number:    11310602
   Incident Date:       February 17, 2020
27  Report Date:         February 21, 2020
   Location:            Columbus, OH
28

VIN:                    KNADN4A33C6****
Vehicle:                2012 Kia Rio

TL* THE CONTACT OWNED A 2012 KIA RIO. THE CONTACT
STATED WHILE DRIVING 25 MPH, WHEN DEPRESSING THE
ACCELERATOR PEDAL THE VEHICLE FAILED TO ACCELERATE
OVER 25 MPH. THE CONTACT STATED THE CHECK ENGINE
WARNING LIGHT WAS ILLUMINATED. THE CONTACT WAS
ABLE TO PARK ON THE SIDE OF THE ROAD FOR 10 MINUTES
BEFORE CONTINUING TO DRIVE. HOWEVER, HE CONTINUED
TO EXPERIENCE THE FAILURE AND SAW SMOKE EXITING THE
HOOD. THE CONTACT WAS ABLE TO PARK ON THE SIDE OF THE
ROAD AND OPEN THE HOOD AND SAW FIRE IN THE ENGINE
COMPARTMENT.  THE FIRE DEPARTMENT WAS NOTIFIED AND
EXTINGUISHED THE FIRE. A FIRE REPORT WAS FILED. NO
POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO
UNKNOWN LOCATION FOR INSPECTIONS. THE INSURANCE
ADJUSTER DEEMED THE VEHICLE WAS TOTAL LOSS. A
DEALER WAS NOT CONTACTED. THE MANUFACTURER HAD
BEEN INFORMED OF THE FAILURE. THE FAILURE MILEAGE
WAS 97,000. *LN*JB

NHTSA ID Number:       10565984
Incident Date:         February 24, 2014
Report Date:           February 26, 2014
Location:              Windermere, FL
VIN:                   KNADN4A39C6****
Vehicle:               2012 Kia Rio

MY 2012 KIA RIO CAUGHT FIRE THE OTHER DAY. I PULLED
INTO THE DRIVEWAY, WENT INTO THE HOUSE TO PUT MY
LAPTOP DOWN. I HAD SHUT THE CAR OFF. CAME BACK OUT TO
GRAB SOME STUFF FROM THE TRUNK AND THE CAR WAS

1   SMOKING FROM THE HOOD. THOUGHT IT HAD OVERHEATED.
2   PULLED HOOD RELEASE AND WENT TO OPEN THE HOOD WHEN
3   I REALIZED FLAMES WERE COMING FROM THE RIGHT SIDE OF
4   THE ENGINE AREA. TRIED PUTTING THE FIRE OUT WITH A
5   GARDEN HOSE & WAS INSTRUCTED BY 911 TO GET AWAY
6   FROM THE VEHICLE. CAR ENDED UP BURSTING INTO FLAMES.
7   FIRE DEPARTMENT HAD TO COME AND EXTINGUISH. CALLED
8   KIA AND THEY ARE TAKING THEIR TIME AT RESPONDING. I AM
9   CONCERNED THAT THIS MAY BE A BIGGER PROBLEM AND
10  EFFECT MORE PEOPLE. PUTTING LIVES AT RISK FOR INJURY
11  AND POSSIBLE DEATH.

12
13  NHTSA ID Number:      10903822
    Incident Date:        September 3, 2016
14  Report Date:          September 6, 2016
    Location:             Fayetteville, GA
15  VIN:                  KNADAN4A3XC****
16  Vehicle:              2012 Kia Rio

17  DRIVING CAR AT ABOUT 60 MPH AND CAR BEGAN TO SMOKE.
18  GOT OUT ON SIDE OF HIGHWAY LIFTED HOOD AND
19  EVERYTHING WAS ON FIRE. PEOPLE ASSING BY ALONG WITH
20  HERO AND FIRE DEPT MADE SURE FLAMES WERE PUT OUT. I
21  NEVER MADE ANY MODIFICATION TO VEHICLE AND WE KEEP
22  IT SERVICED. FEEL LIKE PROBLEMS ARE WITH MANUFACTURE
23  WIRING. I HAVE DONE INSURANCE CLAIM AND CONTACTED
24  MANUFACTURE. THE MILES ARE APROX 102K

25
26  NHTSA ID Number:      11091239
    Incident Date:        December 30, 2017
27  Report Date:          May 1, 2018
    Location:             Middleburg, FL
28

VIN:                    KNADN4A35C6****
Vehicle:                2012 Kia Rio

TL* THE CONTACT OWNS A 2012 KIA RIO. WHILE DRIVING
APPROXIMATELY 65 MPH, THE CONTACT HEARD A THUMPING
NOISE AND BLACK SMOKE EMERGED FROM THE TAIL PIPE.
ALSO, THE OIL WARNING INDICATOR ILLUMINATED AND THE
VEHICLE STARTED TO LOSE POWER UNTIL IT STALLED. THE
VEHICLE WAS TOWED TO THE DEALER (SOUTHSIDE KIA, 9401
ATLANTIC BOULEVARD, JACKSONVILLE, FLORIDA 32225)
WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED. THE
VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOTIFIED
OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS
120,000.


NHTSA ID Number:        10523538
Incident Date:          June 13, 2013
Report Date:            July 7, 2013
Location:               Maricopa, AZ
VIN:                    KNADM5A32D6****
Vehicle:                2013 Kia Rio

I WAS EXPERIENCING POWER LOSS AND NOISES FROM THE
MOTOR. I HAVE TAKEN THIS CAR IN THREE TIMES NOW FOR
THE SAME ISSUE AND THE DEALER (TEMPE KIA) SAYS THERE
IS NOTHING WRONG WITH THE MOTOR. THE SHOP MANAGER
WAS EXTREMELY RUDE. THE FIRST TIME THEY TOOK IT FOR A
TEST DRIVE AND HEARD THE LIFTERS. TOOK IT BACK A
MONTH LATER AND THEY SAY THEY HEAR NOTHING.
NOTHING WAS DONE WITH MY CAR. *TR


NHTSA ID Number:        10694206
Incident Date:          February 21, 2015

Report Date:           March 13, 2015
Location:              Boulder Creek, CA
VIN:                   KNADM5A35D6****
Vehicle:               2013 Kia Rio

TL* THE CONTACT OWNED A 2013 KIA RIO. THE CONTACT
STATED THAT WHILE THE VEHICLE WAS PARKED, THERE WAS
SMOKE COMING FROM THE HOOD. THE CONTACT UNLATCHED
THE HOOD AND DISCOVERED THAT THE ENTIRE ENGINE
COMPARTMENT WAS ENGULFED IN FLAMES. THE FIRE
DEPARTMENT EXTINGUISHED THE FLAMES. A POLICE REPORT
WAS FILED AND NO INJURIES WERE REPORTED. THE CAUSE OF
THE FIRE WAS NOT DETERMINED. THE VEHICLE WAS
DESTROYED. THE MANUFACTURER WAS MADE AWARE OF THE
FAILURE. THE FAILURE MILEAGE WAS 57,000.

NHTSA ID Number:       10701992
Incident Date:         March 15, 2015
Report Date:           March 26, 2015
Location:              Galena, MO
VIN:                   KNADM4A30D6****
Vehicle:               2013 Kia Rio

TL* THE CONTACT OWNS A 2013 KIA RIO. WHILE DRIVING AT
APPROXIMATELY 40 MPH AND SLOWING DOWN AT A STOP
LIGHT, THE CONTACT OBSERVED SMOKE COMING FROM THE
HOOD OF THE VEHICLE. THE CONTACT EXITED THE VEHICLE
AND LIFTED THE HOOD AND OBSERVED FLAMES. THE FIRE
WAS EXTINGUISHED BY THE FIRE DEPARTMENT. A POLICE
REPORT WAS NOT FIILED AND THERE WERE NO INJURIES
REPORTED. THE VEHICLE WAS DESTROYED AND TOWED TO A
SALVAGE YARD. THE MANUFACTURER WAS MADE AWARE
THE FAILURE. THE FAILURE MILEAGE 9,175. UPDATED

EXHIBIT A TO CLASS ACTION COMPLAINT

09/01/2015*LJ UPDATED 10/14/2015*JS

NHTSA ID Number:     10907339
Incident Date:         September 16, 2016
Report Date:          September 17, 2016
Location:              Hermitage, TN
VIN:                   KNADN5A31D6****
Vehicle:             2013 Kia Rio

JUST BOUGHT A 2013 RIO WITH 28,000 MILES ON IT ON 9/2/16.
THE CAR SAT IN OUR DRIVEWAY ALL LAST WEEK BECAUSE
WE WERE ON VACATION, SO WE MAYBE PUT 100 MILES ON IT
AND DROVE IT 4 TIMES.

DROVE 20 MINUTES ROUND TRIP TO THE POST OFFICE
YESTERDAY, PARKED IN DRIVEWAY AND WENT BACK INTO
HOUSE TO WORK.

WIFE CAME HOME FROM WORK ABOUT 10 MINUTES AND
CAME RUNNING IN THE HOUSE SAYING THE NW CAR IS ON
FIRE.

CALLED 911 AND BEFORE FIRE DEPARTMENT WAS ABLE TO
GET THERE, THE FLAMES WERE AS HIGH AS OUR SECOND
FLOOR WINDOWS. CAR WAS PARKED ABOUT 10-15 FEET AWAY
FROM HOUSE, BUT THE HEAT DAMAGED PART OF OUR HOUSE
AS WELL.

I HAVE CONTACTED INSURANCE, BUT I REALLY FEEL THIS IS A
KIA ISSUE / PROBLEM, AND WE REALLY SHOULD NOT HAVE TO

USE INSURANCE TO REPLACE THE CAR. THIS CAR IS STILL UNDER MANUFACTURE WARRANTY, AND THEY NEED TO BE HELD ACCOUNTABLE.

THEN LAST NIGHT AFTER THE TOW COMPANY CAME, WE STARTED RESEARCHING THIS AND HAVE FOUND MANY, MANY 2012-2014 KIA'S DOING THIS. I LOGGED A COMPLAINT ON YOUR KIA'S WEBSITE, BUT HAVE NOT GOT A RESPONSE BACK YET, AND YES, I FEEL A SHOULD GET A RESPONSE OVER THE WEEKEND. OUR CAR BURST INTO FLAMES, DAMAGED PART OF OUR HOUSE FROM THE HEAT, AND IT COULD HAVE BEEN MUCH WORSE, ESPECIALLY IF I PARKED THE CAR IN THE GARAGE YESTERDAY. WOULD REALLY LIKE TO HEAR FROM KIA, OR OTHER OWNERS THAT HAVE HAD THIS PROBLEM.

IT SEEMS THAT WITH ALL OF THE GOOGLE HITS ABOUT KIA'S CATCHING FIRE, THERE SHOULD HAVE BEEN A RECALL ON ANY OF THE MODELS THAT HAVE HAD THIS PROBLEM, AND GET THEM EITHER FIXED, OR OFF OF THE ROAD, AT KIA'S EXPENSE.

| | |
|---|---|
| NHTSA ID Number: | 10991038 |
| Incident Date: | May 20, 2017 |
| Report Date: | May 22, 2017 |
| Location: | Columbia, SC |
| VIN: | KNADN4A37D6**** |
| Vehicle: | 2013 KIA Rio |

I WAS DRIVING ON THE HIGHWAY AT 70MPH WITH ONE OTHER PERSON IN THE VEHICLE, WHEN THERE WAS A COMBINATION

OF WHIRRING, CLICKING, AND BANGING SOUNDS FROM THE
ENGINE. AS WE PULLED OFF ON THE EXIT IT SOUNDED AS IF
PARTS WERE FALLING OUT FROM UNDER THE CAR, BUT WHEN
WE LOOKED IN THE REAR VIEW MIRROR THERE WAS NO
DEBRIS ON THE ROAD. WHEN WE PULLED INTO THE REST
AREA AND PARKED THE CAR TO CHECK IT OUT AND BEGIN
THE PROCESS OF GETTING A TOW TRUCK BEFORE THE CAR
HAD US STRANDED AND BROKE DOWN, SMOKE BEGAN
OMITTING FROM THE HOOD AND IT GOT THICKER AND
FLAMES BEGAN COMING OUT FROM UNDER THE HOOD
MAINLY ON THE LEFT SIDE OF THE CAR UNTIL IT HAD SPREAD
TO BOTH SIDES AND BEGAN TRAVELING INTO THE CABIN OF
THE CAR. CAR WAS IN GOOD SHAPE, WITH ONLY A NEED FOR
AN OIL CHANGE WHEN THE PROBLEM AND FIRE BEGAN. FIRE
CREWS ARRIVED AND PUT OUT THE FIRE. ENGINE LIGHT DID
TURN ON AND AND START BLINKING AS WE GOT ON THE EXIT
RAMP. CAR WAS TURNED OFF AT THE TIME THE SMOKE AND
FIRE BEGAN. MOST OF THE DAMAGE SUSATINED WAS ON THE
DRIVES SIDE ON THE CABIN AND ALL OF THE FRONT OF THE
CAR AND ENGINE AREA. WHILE WE UNDERSTAND THIS COULD
BE SOMETHING UNRELATED TO A MANUFACTURER DEFAULT,
WE WANT TO BE SURE THAT WE TAKE THE CORRECT STEPS
SINCE A CAR THAT WAS ONLY 3 YEARS OLD DID BURST INTO
FLAMES.

NHTSA ID Number:      10721540
Incident Date:        May 8, 2014
Report Date:          May 26, 2015
Location:             North Fort Myers, FL

```
VIN:                  KNADM4A36E6****
Vehicle:              2014 Kia Rio
```

TL* THE CONTACT OWNS A 2014 KIA RIO. WHILE DRIVING APPROXIMATELY 45 MPH, THE VEHICLE STALLED WITHOUT WARNING. ONCE RESTARTED, THE VEHICLE RESUMED NORMAL OPERATION. THE FAILURE RECURRED TWICE. THE VEHICLE WAS TAKEN TO THE DEALER FOR DIAGNOSTIC TESTING. THE MECHANIC WAS UNABLE TO DETECT A TROUBLE CODE OR DUPLICATE THE FAILURE. THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 10,000.

```
NHTSA ID Number:      10731649
Incident Date:        June 29, 2015
Report Date:          July 2, 2015
Location:             Vega Baja, PR
VIN:                  KNADN4A37E6****
Vehicle:              2015 Kia Soul
```

HI MY CAR FAUGHT FIRE!! THE CAR BEGAN SMOKING THICK WHITE SMOKE THROUGH THE AIR CONDITIONING AND WHEN WE PULLED OFF THE STREET AND OPENED THE HOOD THE CAR WAS IN FIRE. I REALLY DON'T FEEL SAFE IN THAT CAR. THIS WOULD BE THE 4TH TIME I TAKE IT TO THE DEALER. FIRST 3 TIMES WAS FOR THE AIR CONDITION NOT WORKING PROPERLY, EVAPORATOR AND SOME OTHER PARTS WERE REPLACED AND NOT IT WENT UP IN FLAMES. THEY SAY THE CAR IS FINE BUT I JUST DON'T FEEL SAFE ANY MORE. THIS AHPPENED 6/29/15 MY CAR IS ONLY 8 MONTHS OLD I BOUGHT IT 10/27/14. I AM VERY CONCERN FOR OTHER PEOPLE WHO HAVE THIS SAME CAR IT IS NOT SAFE. *TR

1

2  NHTSA ID Number:    10870663
   Incident Date:       May 19, 2016
3  Report Date:         May 24, 2016
   Location:            Saint Louis, MO
4  VIN:                 KNADM4A30E6****
   Vehicle:             2014 Kia Rio
5

6  I WAS DRIVING DOWN A SUBURBAN STREET WHEN MY CAR

7  ENGINE CAUGHT ON FIRE. I WAS ABLE TO STOP AND GET OUT

8  OF THE CAR SAFELY. ALTHOUGH I HAD PUT THE CAR IN PARK

9  AND USED THE EMERGENCY BRAKE, IT ROLLED DOWN THE

10 STREET UNTIL IT HIT A TELEPHONE POLE, WHICH IT SET ON

11 FIRE. THE FIRE WAS PRIMARILY ON THE DRIVER'S SIDE OF THE

12 CAR. I HAD NO REASON TO EXPECT THIS FIRE TO HAPPEN. A

13 FIREFIGHTER TOLD IT SHOULD NOT HAVE HAPPENED, AND TO

14 DO MY DUE DILIGENCE.

15

16 NHTSA ID Number:    10778005
   Incident Date:       September 26, 2015
17 Report Date:         September 28, 2015
   Location:            Unknown
18 VIN:                 KNADM5A30F6****
   Vehicle:             2015 Kia Rio
19

20 TL* THE CONTACT OWNED A 2015 KIA RIO. WHILE DRIVING 35

21 MPH, THE ENGINE LOST POWER. THE ACCELERATOR PEDAL

22 WAS DEPRESSED, BUT THE VEHICLE FAILED TO ACCELERATE.

23 THE CONTACT NOTICED SMOKE AND FIRE COMING FROM THE

24 ENGINE COMPARTMENT OF THE VEHICLE. IN ADDITION, THE

25 BRAKE PEDAL WAS DEPRESSED BUT THE VEHICLE FAILED TO

26 STOP THE VEHICLE. THE FIRE DEPARTMENT WAS ABLE TO

27 EXTINGUISH THE FIRE. A POLICE REPORT WAS FILED. THE

28

Page 34

1    VEHICLE WAS DESTROYED. THE MANUFACTURER WAS
2    NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 1,600.
3
4    NHTSA ID Number:        11149408
     Incident Date:          December 8, 2017
5    Report Date:            November 1, 2018
     Location:               Orlando, FL
6    VIN:                    KNADM4A36F6****
7    Vehicle:                2015 Kia Rio

8    PURCHASED THE CAR FROM KIA DEALER ON 5/20/17 WITH
9    LIMITED POWER TRAIN WARRANTY. HAD OIL CHANGE DONE
10   ON 7/22/17AND AGAIN ON 10/14/17 (COPIES WERE PROVIDED TO
11   THE WARRANTY COMPANY). THE SECOND ONE WAS AT THE
12   DEALER. ON 12/8/17 MY DAUGHTER WAS DRIVING DOWN THE
13   STREET AND FELT A JOLT AND SAW SMOKE COMING FROM
14   THE HOOD OF THE CAR. SHE WAS ABLE TO PULL OVER AND
15   GET OUT OF THE CAR SAFELY. SOMEONE USED A FIRE
16   EXTINGUISHER TO PUT OUT THE FIRE BEFORE THE FIRE
17   DEPARTMENT ARRIVED. IT WAS TOWED TO A DIFFERENT KIA
18   DEALERSHIP WHO SAID "THE ENGINE HAS INTERNAL DAMAGE
19   THAT LOCKED UP THE ENGINE AND CAUSED OIL TO SPILL AND
20   CATCH FIRE." THE WARRANTY COMPANY DENIED THE CLAIM
21   AND SAID THAT IT WAS LACK OF MAINTENANCE AND THERE
22   WASN'T ANY OIL IN THE CAR WHICH CONTRADICTS WHAT
23   THE DEALER SAID. WE TRIED FIGHTING IT BUT AFTER A
24   MONTH WE NEEEDED TRANSPORTATION AND REPORTED THE
25   CLAIM TO OUR INSURANCE COMPANY WHO TOTALED THE
26   CAR BUT DID NOT GIVE US FULL VALUE BECAUSE THE
27   WARRANTY COMPANY SAID IT WAS LACK OF MAINTENANCE.
28

1    NOW WE SEE ALL THE REPORTS ON OTHER KIA'S GOING ON

2    FIRE AND BELIEVE OUR CAR HAD THE SAME ISSUE. WE LOST

3    OVER $7,000 ON THE DEAL.

4

5    NHTSA ID Number:       10917774
     Incident Date:         October 14, 2016
6    Report Date:           October 21, 2016
     Location:              Yonkers, NY
7    VIN:                   KNADN5A22G6****
     Vehicle:               2016 Kia Rio
8

9    TL* THE CONTACT OWNS A 2016 KIA RIO. WHILE DRIVING 35

10   MPH, THE VEHICLE STALLED. THE VEHICLE RESTARTED

11   INDEPENDENTLY AFTER A FEW MOMENTS. THE FAILURE

12   RECURRED NUMEROUS TIMES. THE VEHICLE WAS TAKEN TO A

13   DEALER WHERE THE CAUSE OF THE FAILURE COULD NOT BE

14   DETERMINED. THE VEHICLE WAS NOT REPAIRED. THE

15   MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE

16   FAILURE MILEAGE WAS APPROXIMATELY 14,600.

17

18   NHTSA ID Number:       11144971
     Incident Date:         November 1, 2018
19   Report Date:           November 2, 2018
     Location:              Unknown
20   VIN:                   N/A
     Vehicle:               2012 Kia Rio
21

22   I HAVE A 2012 KIA RIO AND OVER THE LAST 2 MONTHS THE

23   OIL LIGHT SPONTANEOUSLY COMES AND TURNS OFF WHILE

24   DRIVING. I TOOK IT INTO A KIA DEALERSHIP AND THEY DID A

25   CONSUMPTION TEST WHICH INDICATED THE ENGINE IS

26   CONSUMING A LOT OF OIL. I WAS TOLD I NEED A BRAND NEW

27   ENGINE. THE CAR WAS PURCHASED NEW, CURRENTLY HAS

28

1   112K MILES (MOSTLY HIGHWAY) ON IT. THE DEALERSHIP
2   OFFERED ME NOTHING. THEY WANT TO CHARGE ME FOR A
3   BRAND NEW ENGINE WITH A 6M /12M WARRANTY COSTING
4   ME $3900 / $4400 FOR REPAIR OR AN ENGINE W 95K MILES FOR
5   $3600 / $3900 FOR REPAIR. I CAN'T AFFORD THAT AND THE
6   DEALERSHIP TOLD ME TO JUST KEEP CHECKING THE OIL AND
7   REFILL AS NEEDED.  WHAT KIND OF SERVICE IS THAT?!?!?!
8   CITY KIA ORLANDO – THIS IS LUDICRIS!!!!! WHAT CAN I DO TO
9   GET SOME ASSISTANCE IN GETTING ANOTHER CAR. THIS CAR
10  IS LESS THAN 10YRS OLD AND IS IN GOOD CONDITION WITH
11  NORMAL WEAR AND TEAR. I HAVE SMELLED SMOKE A
12  COUPLE OF TIMES BUT ATTRIBUTED IT TO THE OUTDOORS. I
13  USED MY CAR DAILY AND ALTHOUGHT I DO NOT USUALLY
14  TRAVEL FAR FROM HOME I HAVE MY KIDS WITH ME 99% OF
15  THE TIME. CAN YOU HELP ME? I SAW ON THE NEWS 6 JUST
16  THIS MORNING ABOUT KIA CAR ENGINE FIRES. I AM A SINGLE
17  MOM WITH 3 KIDS AT HOME 5-17YRS OLD. I WORK 10HR DAYS
18  AND MAKING JUST ENOUGH TO MAKE ENDS MEET. YOUR
19  ADVICE IS GREATLY APPRECIATED.

20
21  NHTSA ID Number:     11151826
    Incident Date:            September 1, 2018
22  Report Date:             November 15, 2018
    Location:                 City of Industry, CA
23  VIN:                      KNADM4A30D6****
24  Vehicle:                  2013 Kia Rio
25  RATTLES UPON ACCELERATION, BURNING EXCESSIVE OIL.
26
27  NO OIL LEAKS. INDICATOR LIGHT DOES NO COME ON UNTIL
28

THE OIL IS ALMOST COMPLETELY GONE AND RATTLING UPON

ACCELERATION IS THE WARNING!!!

| | |
|---|---|
| NHTSA ID Number: | 11173063 |
| Incident Date: | September 26, 2018 |
| Report Date: | January 30, 2019 |
| Location: | Cary, NC |
| VIN: | KNADM5A39D6**** |
| Vehicle: | 2013 Kia Rio |

CAR BURNS THROUGH OIL. NO LEAKS, JUST BURNS OIL. WHEN

OIL IS EMPTY, NO CHECK OIL LIGHT COMES ON. MUST ADD OIL

CONSTANTLY. MY MECHANIC SAID I HAD 'NO OIL' IN MY

ENGINE DURING MY LAST CHECK. HE FILLED IT UP AND THEN

I DECIDED TO CHECK IT MYSELF A COUPLE OF MONTHS LATER

AND THE SAME THING IS HAPPENING.

| | |
|---|---|
| NHTSA ID Number: | 11076238 |
| Incident Date: | July 1, 2013 |
| Report Date: | March 5, 2018 |
| Location: | Rosedale, MD |
| VIN: | KNADN4A37D6**** |
| Vehicle: | 2013 Kia Rio |

TL* THE CONTACT OWNS A 2013 KIA RIO. EVER SINCE THE

VEHICLE WAS PURCHASE, THE SERVICE ENGINE INDICATOR

ILLUMINATED AND THE VEHICLE FAILED TO ACCELERATE

SUDDENLY DUE TO AN INTERNAL ENGINE FAILURE. THE

DEALER (BOB BELL KIA OF BALTIMORE, 7900 EASTERN AVE #1,

BALTIMORE, MD 21224, (410) 288-2500) INITIALLY DIAGNOSED

THAT THERE WAS A WRENCH UNDER THE HOOD, BUT HAD

BEEN THE ONLY REPAIR FACILITY SERVICING A VEHICLE, THE

SECOND TIME, THE THROTTLE BODY WAS REPLACED, DURING

THE THIRD REPAIR, THE ENGINE ASSEMBLY WAS REPLACED, THE VEHICLE FAILED TO ACCELERATE OVER 20 MPH. ALSO, THE SERVICE ENGINE INDICATOR REMAINED ILLUMINATED WITHIN LESS THAN 30 DAYS OF THE THIRD REPAIR FROM THE DEALER WITH NOT REMEDY. THE VEHICLE WAS TAKEN TO AN INSPECTION STATION WHERE IT WAS DIAGNOSED THAT THE FAILURE WAS DUE TO A SENSOR RELATED TO THE THROTTLE. THE MANUFACTURER ISSUED 15 TSBS ON THE ENGINE, BUT THERE WAS NO RECALL. THE MANUFACTURER WAS NOTIFIED OF THE FAILURES. THE APPROXIMATELY FAILURE MILEAGE WAS 6.

| | |
|---|---|
| NHTSA ID Number: | 11142173 |
| Incident Date: | August 21, 2018 |
| Report Date: | October 23, 2018 |
| Location: | Lakeshore, FL |
| VIN: | KNDJN2A28F7**** |
| Vehicle: | 2016 Kia Rio |

TL* THE CONTACT OWNED A 2016 KIA RIO. A MINUTE AFTER THE CONTACT EXITED THE VEHICLE, IT CAUGHT ON FIRE. THE FIRE DEPARTMENT WAS CALLED AND EXTINGUISED THE FIRE. THE VEHICLE WAS DESTORYED. THE DEALER (DYER KIA, 21280 US-27, LAKE WALES, FL 33859) WAS CONTACTED AND ADVISED THE CONTACT TO CALL THE MANUFACTURER. THE MANUFACTURER WAS CONTACTED AND WAS UNABLE TO ASSIST. THE VEHICLE WAS NOT DIAGNOSED. THE CAUSE OF THE FIRE WAS UNKNOWN. THE FAILURE MILEAGE WAS 16,0003. *LN*JB

NHTSA ID Number:     11090374

Incident Date:          December 30, 2017
Report Date:            April 26, 2018
Location:               Middleburg, FL
VIN:                    KNADN4A35C6****
Vehicle:                2012 Kia Rio

ENGINE FAILURE WILL DRIVING ON THE HIGHWAY. ENGINE
STARTED KNOCKING AND OIL LEAKED OUT OF THE CAR AND
IT BLEW UP.


NHTSA ID Number:        11099943
Incident Date:          May 1, 2018
Report Date:            June 5, 2018
Location:               Alexander City, AL
VIN:                    D6295804****
Vehicle:                2013 Kia Rio

I WAS DRIVING WITH MY DOG TO A VET APPOINTMENT. I
HEARD A NOISE THAT SOUNDED LIKE I HIT A POT WHOLE BUT
I LOOKED AND THERE WAS NO WHOLE AND THE CAR WAS
STILL DRIVING LIKE NORMAL SO I CONTINUED ON MY WAY.
THERE WAS A DETOUR FOR ROAD CONSTRUCTION I ENDED UP
HAVING TO PULL OVER BECAUSE I DID NOT KNOW WHERE I
WAS. THE CAR DIED SEEMED TO BE BECAUSE OF THE
BATTERY LOSS POWER SO I LET THE CAR REST AND WALKED
MY DOG. THEN GOT BACK IN MY CAR IT STARTED BACK UP
AND TURNED AROUND ON THE HIGHWAY. THEN MINUTES
AFTER GOING MY CAR LOST POWR AND THE SPEED REDUCED
TO 40 MILES PER HOUR WHEN I HAD BEEN DRIVING 65 MPH.
ALL THE WARNING LIGHTS CAME ON AND IT MADE A NOISE
FROM UNDER THE CARRIAGE /BODY OF THE CAR. THIS ALL

1   HAPPEN AT THE SAME TIME. I WAS ABLE TO COAST INTO A
2   GAS STATION/ CONVENIENCE STORE. I LIVE IN ALABAMA AND
3   IT WAS LIKE 90 DEGREES THAT DAY. I TRIED TO RESTART THE
4   CAR WHEN SOMEONE TRIED TO HELP ME AND IT THREW
5   METAL FROM UNDER THE BODY AT US. LATER FOUND OUT IT
6   THREW A ROD .I AM UNDER 100,000 MILES AND WAY UNDER 10
7   YEARS ON THE WARRANTY AND HAVE BEEN INFORMED BY A
8   MECHANIC THAT IT THREW A RODE AND THERE IS NO WAY TO
9   TELL WHAT CAUSE IT. THE ROD WHEN THREW THE OIL PAN. I
10  WAS LUCKY THERE WAS NO TRAFFIC AT THE TIME THIS ALL
11  HAPPENED. KIA TRIED TO TELL ME IT HAD TO BE A RECALL TO
12  BE COVERED UNTIL I WENT TO THERE OFFICE AND
13  CONFRONTED THE WOMAN WHOM HAD SAID THAT TO ME.
14  WHEN I TOLD HER I DID NOT HAVE ALL MY PAPER WORK
15  /RECORDS ON THE MAINTENANCE SHE SAID THEY WOULD
16  HAVE TO CHARGE ME TO LOOK AT IT TO DETERMINED WHAT
17  CAUSED THE ENGINE TO THROW A ROD. I THEN TALKED TO A
18  FRIEND OF A FRIEND THAT WORKS AT KIA FOR HELP AND AM
19  STILL WAITING FOR HIS REPLY IF THEY WILL HELP ME OR
20  NOT.MY CAR IS 2013 KIA RIO .MY HUSBAND HAD GONE TO
21  CULLMAN AL. WHICH IS ABOUT 3 HOURS FROM US THE
22  WEEKEND BEFORE THIS HAPPENED AND HAD CHECKED THE
23  OIL AND ADDED WHAT WAS NEEDED THEN.
24
25  NHTSA ID Number:      11142693
    Incident Date:        August 2, 2018
26  Report Date:          October 25, 2018
    Location:             Portland, TX
27  VIN:                  KNADM4A33G6****
28

Vehicle:                    2016 Kia Rio

VEHICLE HAS UNEXPECTEDLY SHUT OFF WHILE DRIVING. THE

VEHICLE ALSO SHUT OFF WHILE IN LINE AT A DRIVE THRU

LOCATION IN CORPUS CHRISTI

## Kia Sportage

NHTSA ID Number:      10938503
Incident Date:              October 14, 2016
Report Date:                December 29, 2016
Location:                    Bend, OR
VIN:                         KNDPRCA66H7****
Vehicle:                    2017 Kia Sportage

TL* THE CONTACT OWNS A 2017 KIA SPORTAGE. WHILE

DRIVING 60 MPH, THE VEHICLE STALLED WITHOUT WARNING.

THE CONTACT WAS ABLE TO RESTART THE VEHICLE. THE

FAILURE RECURRED ON ANOTHER OCCASION WHILE DRIVING

50 MPH. THE VEHICLE WAS TAKEN TO BE REPAIRED, BUT THE

FAILURE RECURRED. THE VEHICLE WAS DIAGNOSED AS

HAVING A FAULTY SPARK PLUG AND THE ENGINE WAS

REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE

FAILURE. THE FAILURE MILEAGE WAS 10,000.

NHTSA ID Number:      10985641
Incident Date:              May 10, 2017
Report Date:                May 14, 2017
Location:                    Reston, VA
VIN:                         KNDPRCA63H7****
Vehicle:                    2017 Kia Sportage

WHILE TRAVELING AT HIGHWAY SPEED MY VEHICLE

EXPERIENCED NEAR INSTANT LOSS OF MORE THAN 50%

ENGINE POWER WITH CONTINUAL LOST OF THE REMAINING

1   POWER. MOVING FROM THE MIDDLE LANE INTO THE RIGHT
2   LANE WAS DIFFICULT AND RISKY DURING HEAVY TRAFFIC. I
3   WAS LUCKY FINDING A SAFE SPOT TO PULL OVER. AMBLING
4   TO THE SAFE SPOT THE ENGINE SPUTTERED, HESITATED AND
5   REACTED VERY LITTLE TO ANY FOOT ACTION ON THE
6   THROTTLE, LEAVING ME WITHOUT THE ABILITY TO
7   EFFECTIVELY CONTROL THE VEHICLE.

8
9   NHTSA ID Number:      11244424
    Incident Date:        August 15, 2019
10  Report Date:          August 16, 2019
    Location:             Springtown, TX
11  VIN:                  KNDPN3AC0H7****
12  Vehicle:              2017 Kia Sportage
13  THE VEHICLE WAS IN MOTION ON A HIGHWAY, THERE WAS
14  WHITE SMOKE COMING FROM THE ENGINE. IMMEDIATION
15  AFTER PULLING OVER MORE WHITE SMOKE CAME OUT OF THE
16  ENGINE TOWARDS THE REAR OF THE MOTOR. AFTER EXITING
17  THE VEHICLE FLAMES APPEARED FROM UNDER THE CAR
18  NEAR THE REAR OF THE MOTOR, THE FLAMES GREW FROM
19  ALL SIDE OF THE ENGINE. THE FIRE SPREAD TO THE DASH
20  AND INTERIOR OF THE CAR CAUSING THE PASSENGER
21  AIRBAGS TO BLOW.

22
23  NHTSA ID Number:      11209468
    Incident Date:        May 4, 2019
24  Report Date:          May 23, 2019
    Location:             Osprey, FL
25  VIN:                  KNDPR3A60H7****
26  Vehicle:              2017 Kia Sportage
27  TL* THE CONTACT OWNED A KIA SPORTAGE. THE CONTACT
28

Page 43

1    STATED THAT TEN MINUTES AFTER THE VEHICLE WAS

2    PARKED, THE CONTACT NOTICED SMOKE BILLOWING FROM

3    UNDER THE HOOD OF THE VEHICLE. SEVERAL FIRE FIGHTERS

4    ON SITE AT THE MOMENT ATTEMPTED TO EXTINGUISH THE

5    FIRE BUT WAS UNABLE TO DO SO. THE FIRE DEPARTMENT

6    WAS CONTACTED AND WAS ABLE TO EXTINGUISH THE FIRE. A

7    FIRE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A TOW

8    FACILITY. THE VEHICLE WAS NOT YET INSPECTED. THE

9    DEALER WAS NOT CONTACTED OR NOTIFIED OF THE FIRE. THE

10   MANUFACTURER WAS CONTACTED AND NOTIFIED OF THE

11   FAILURE. THE VEHICLE WAS DESTROYED. THE APPROXIMATE

12   FAILURE MILEAGE WAS 30,000.

13

14

15   NHTSA ID Number:       11265476
     Incident Date:         September 26, 2019
16   Report Date:           October 1, 2019
     Location:              Mount Airy, MD
17   VIN:                   KNDPNCAC3K7****
     Vehicle:               2019 Kia Sportage
18

19   MY KIA SPORTAGE 2019 CAUGHT FIRE ON THE HIGHWAY IN

20   NEW MARKET MD AT AROUND 10:30 AM 9/26/19. WE HAD

21   PREVIOUSLY TAKEN THE CAR TO THE DEALERSHIP WHERE WE

22   PURCHASED IT BACK IN 12/2019. IT HAD ONLY 3900+/- MILES

23   ON IT. THE OIL, FILTER, TIRE ROTATION AND 27 POINT

24   INSPECTION WAS DONE ON 9/19/19.

25

26   AS I WAS IN THE LEFT LANE OF RTE 70 WB I NOTICED BLUE

27   SMOKE COMING FROM THE BACK OF THE CAR. I PUT ON MY

28

1    FLASHERS AND SIGNALED OVER TO THE RIGHT SHOULDER. I
2    CALLED MY HUSBAND AND WAS QUITE HYSTERICAL
3    BECAUSE NOT THE FRONT OF THE CAR WAS SMOKING A
4    BROWNISH-BLACK. IT QUICKLY STARTED COMING IN THEY
5    THE VENTS. I COULDN'T FIGURE OUT WHAT TO DO – MAY
6    HAVE BEEN IN SOME SORT OF SHOCK. BUT I FINALLY LEFT
7    THE VEHICLE WAS STILL TOO CLOSE. A PASSERBY, JEREMIAH
8    DARLING OF NJ, ASSISTED ME TO A SAFE PLACE AND I HEARD
9    A POP THEN THE FLAMES STARTED COMING QUICKLY.

11   **Hyundai Accent**

13   NHTSA ID Number:      10639480
     Incident Date:        September 26, 2014
14   Report Date:          September 26, 2014
     Location:             Sacramento, CA
15   VIN:                  KMHCN4AC7AU****
16   Vehicle:              2010 Hyundai Accent
17   CAR JUST LOST POWER WHILE IN STOP AND GO TRAFFIC
18   GOING 10 MILES AN HOUR. HAD TO PUT IN PARK AND
19   RESTART IT, AND CHECK ENGINE LIGHT CAME ON. *TR

21   NHTSA ID Number:      11101320
     Incident Date:        June 10, 2018
22   Report Date:          June 12, 2018
     Location:             Nichols, SC
23   VIN:                  5NPEC4AB7BH****
24   Vehicle:              2011 Hyundai Accent
25   AS I WAS DRIVING WHEN I GOT UP TO A CERTAIN SPEED OVER
26   60 I WILL HEAR A TICKING NOISE THEN THE MOTOR WILL
27   START TO JUMP AND THEN THE CAR COMPLETELY SHUT IT

1   DOWN

2

3   NHTSA ID Number:      10882613
    Incident Date:        June 27, 2016
4   Report Date:          July 5, 2016
    Location:             Tallahassee, FL
5   VIN:                  N/A
    Vehicle:              2011 Hyundai Accent
6

7   I HAVE NOW HAD TO REPLACE ENGINE COILS 6 TIMES. THEY

8   USUALLY FAIL ONE AT A TIME AND THE FIRST 5 WERE UNDER

9   WARRANTY. THERE ARE SO MANY ISSUES WITH THE HYUNDAI

10  ACCENT 2011 OWNERS AND ENGINE COILS. THIS SHOULD BE A

11  RECALL.  THIS IS DESPICABLE HYUNDAI.

12

13  NHTSA ID Number:      11288869
    Incident Date:        December 5, 2019
14  Report Date:          December 13, 2019
    Location:             Garden Grove, CA
15  VIN:                  KMHCU5AE0CU****
    Vehicle:              2012 Hyundai Accent
16

17  TL* THE CONTACT OWNED A 2012 HYUNDAI ACCENT. THE

18  CONTACT STATED THAT THE ENGINE CAUGHT FIRE. WHILE

19  DRIVING THROUGH A PARKING LOT, THE CONTACT HEARD A

20  LOUD NOISE AND NOTICED FLAMES UNDER THE HOOD.

21  MOMENTS LATER, THE VEHICLE BURST INTO FLAMES. THE

22  FLAMES EXPANDED TO THE WINDSHIELD, ENTERED THE

23  VEHICLE, AND BURNED THE FRONT SEATS. THE POLICE AND

24  FIRE DEPARTMENTS WERE PRESENT AND FIRE REPORT

25  NUMBER: 19-141990 WAS FILED. THE MANUFACTURER AND

26  DEALER WERE NOT CONTACTED. THE VEHICLE WAS

27  DESTORYED AND TOWED. THE FAILURE MILEAGE WAS 90,000.

28

| NHTSA ID Number: | 11330804 |
| Incident Date: | May 26, 2020 |
| Report Date: | June 25, 2020 |
| Location: | Forest Hill, MD |
| VIN: | KMHCU4AE5CU**** |
| Vehicle: | 2011 Hyundai Accent |

THE ENGINE JUST STOPPED WHILE DRIVING. IT WAS DETERMINED THAT THE CONNECTING ROD BROKE AND FAILED ON THE NUMBER ONE PISTON. PIECES OF METAL CAUSED THE CRANKSHAFT TO LOCK AND PIECES PIERCED THE BLOCK CAUSING COMPLETE ENGINE FAILURE. THE CONNECTING ROD WAS CAST WRONG AND IT SEEMS AFTER THE CAR HAS 100k MILES IT GIVES OUT. TO ME THIS IS A SAFETY HAZARD.

| NHTSA ID Number: | 11337771 |
| Incident Date: | June 1, 2020 |
| Report Date: | July 6, 2020 |
| Location: | Kent, WA |
| VIN: | KMHCU4AE9CU**** |
| Vehicle: | 2012 Hyundai Accent |

2012 HYUNDAI ACCENT 4DR SEDAN KNOCKING IN THE ENGINE COMPARTMENT, ENGINE LIGHT COMES ON AND CODE IS STORED, THE CODE IS FOR KNOCK SENSOR NEEDING TO BE REPLACED…THE TRUE REASON FOR THIS TO PUT OUT CODE FOR KNOCK SENSOR FAUILARE ARE THAT THE CONNECTING RODS BEARING IS GOING OUT AND THAT LITTLE BIT OF PLAY BETWEEN THE ROD AND CRANK MAKES THE KNOCK SENSOR CODE COME UP IT KNOCKS MOVING OR NOT THIS IS A SERIOUS PROBLEM THE CHECK COULD HAVE A SERIOUS

1    ENGINE FAILUARE AND AT MID SPEED IT CAN AND WILL BE

2    LIFE TREATING, FIRE, PARTS BEING THROWN THREW FIRE

3    WALL HITTING OCCUPANTS IN CAR OR OUTSIDE IT STARTED

4    KNOCKING AT 130000 MILES I AM A MECHANIC OF OVER 40

5    YEARS

6

7    NHTSA ID Number:       11170791
     Incident Date:         November 30, 2018

8    Report Date:           January 18, 2019

9    Location:              Pensacola, FL
     VIN:                   N/A

10   Vehicle:               2013 Hyundai Accent

11   TL* THE CONTACT OWNED A 2013 HYUNDAI ACCENT. WHLE

12   DRIVING 45 MPH, THE VEHICLE CAME TO A STOP AND THE

13   ENGINE CAUGHT FIRE. THE FIRE WAS EXTINGUISHED BY THE

14   FIRE DEPARTMENT. THE CAUSE OF THE FAILURE WAS NOT

15   DETERMINED. A POLICE REPORT WAS NOT FILED. THE

16   VEHICLE WAS TOWED TO A TOW YARD AND DEEMED A TOTAL

17   LOSS. THERE WERE NO INJURIES. THE DEALER AND

18   MANUFACTURER WERE NOT NOTIFIED OF THE FAILURE. THE

19   FAILURE MILEAGE WAS APPROXIMATELY 92,000. THE VIN WAS

20   NOT AVAILABLE.

21

22   NHTSA ID Number:       11071669
     Incident Date:         February 7, 2018

23   Report Date:           February 8, 2018

24   Location:              Melbourne, FL
     VIN:                   KHMCT4AEXDU****

25   Vehicle:               2013 Hyundai Accent

26   OUR 2013 HYUNDAI ACCENT CAUGHT ON FIRE WAS BURNST

27   SO BADLY THAT THE PASSENGER FRONT TTIRE MELTED. THE

28

FIRE STARTED IN THE ENGINE COMPARTMENT. THE VEHICLE
HAD BEEN PARKED FOR APPROXIMATELY 7 HOURS IN THE
PARKING LOT AT WORK WHEN IT WAS REPORTED TO BE ON
FIRE.

NHTSA ID Number:     11142527
Incident Date:         October 12, 2018
Report Date:           October 25, 2018
Location:              Mount Olive, NC
VIN:                   KMHCT5AE8EU****
Vehicle:               2014 Hyundai Accent

ON 12OCT2018 WHILE DRIVING ON A HIGHWAY, I NOTICED A
CHEMICAL SMELL COMING FROM MY CAR. WITHIN SECONDS,
ALL OF THE DASH LIGHTS CAME ON. WHEN I ATTEMPTED TO
BRAKE TO PULL OVER TO THE SIDE OF THE ROAD, I REALIZED
THAT I HAD NO BRAKES AND THAT FLAMES WERE COMING
FROM THE FRONT DRIVER'S SIDE OF THE VEHICLE. UPON
IMMEDIATELY EXITING THE VEHICLE, I NOTICED FLAMES
UNDER THE VEHICLE AND COMING OUT OF THE BACK OF THE
VEHICLE. MY CAR BECAME TOTALLY ENGULFED AND IS A
TOTAL LOSS. FIREFIGHTERS WERE UNABLE TO DETERMINE
THE CAUSE OF THE FIRE.

NHTSA ID Number:     10817061
Incident Date:         December 22, 2015
Report Date:           December 30, 2015
Location:              Chino Valley, AZ
VIN:                   N/A
Vehicle:               2015 Hyundai Accent

TL* THE CONTACT OWNS A 2015 HYUNDAI ACCENT. THE
CONTACT STATED THAT WHILE DRIVING AT 55 MPH, THE

ENGINE FAILED WITHOUT WARNING. THE VEHICLE WAS
TOWED TO A DEALER TO BE DIAGNOSED. THE CONTACT WAS
INFORMED THAT THE ENGINE WAS BLOWN. THE CONTACT
WAS ALSO INFORMED THAT THERE WERE FRACTURES TO THE
FRONT AND REAR OF THE ENGINE, AND THAT THE ENGINE
NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED.
THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE.
THE APPROXIMATELY FAILURE MILEAGE WAS 16,604. THE VIN
WAS NOT AVAILABLE.

NHTSA ID Number:      10809976
Incident Date:        December 5, 2015
Report Date:          December 14, 2015
Location:             Brooklyn, NY
VIN:                  N/A
Vehicle:              2015 Hyundai Accent

TL* THE CONTACT OWNS A 2015 HYUNDAI ACCENT. THE
CONTACT STATED THAT WHILE DRIVING AT APPROXIMATELY
25 MPH, THE BATTERY AND THE CHECK ENGINE WARNING
INDICATORS ILLUMINATED AND THE ENGINE STALLED. THE
VEHICLE WAS ABLE TO RESTART. THE FAILURE RECURRED
SEVERAL TIMES. THE VEHICLE WAS TOWED TO A DEALER
WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION
NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED.
THE MANUFACTURER WAS MADE AWARE OF THE FAILURE.
THE VIN WAS UNAVAILABLE. THE FAILURE MILEAGE WAS
124,000.

NHTSA ID Number:      11222267
Incident Date:        June 22, 2019

Report Date:          June 24, 2019
Location:             Tucson, AZ
VIN:                  KMHCT3AE1HU****
Vehicle:              2017 Hyundai Accent

NORTHWEST FIRE DISTRICT, FIRE INVESTIGATOR FREDERICK

DURHAM IN333,


VEHICLE FIRE ON 6/22/2019


CAR PARKED AT APPROXIMATELY 11:30 PM. 6/21/2019


OWNER AWAKENED BY DOG AT APPROXIMATELY 1:30 AM

6/22/219 TO FIND CAR INVOLVED IN FIRE.


INVESTIGATION INDICATED FIRE STARTED IN ENGINE

COMPARTMENT. UNKNOWN FAILURE.


NHTSA ID Number:     11166126
Incident Date:       December 31, 2018
Report Date:         January 9, 2019
Location:            Fresno, TX
VIN:                 KNHCU5AE9DU****
Vehicle:             2013 Hyundai Accent

ENGINE/POWER TRAIN


THE ENGINE WENT OUT ON MY VEHICLE WHILE I WAS

TRAVELING FROM HOUSTON TO DALLAS TEXAS ON MAJOR

HIGHWAY. I HAD IT TOWED TO HYUNDAI DEALERSHIP WHO

DIAGNOSED THE ENGINE PROBLEM. I WAS ASKED TO PROVIDE

DOCUMENTATION THAT SHOWED OIL CHANGE MAINTENANCE

WAS BEING PERFORMED FROM 70K-82K MILES. I PROVIDED

THAT INFORMATION TO THE DEALERSHIP AND THEY
CONDUCTED A PRE-APPROVAL AND SENT IT OVER TO
HYUNDAI CORPORATE. AFTER SEVERAL DAYS WAITING AND
STRADED IN DALLAS, I RECEIVED THE NEWS THAT THE CLAIM
WAS DENIED FOR IMPROPER MAINTENANCE.
UNFORTUNATELY, I WAS NOT TOLD WHAT TYPE OF
MAINTENANCE WAS NEEDED SINCE I PROVIDED THE
DOCUMENTATION REQUESTED THAT SHOWED I DID HAVE
MAINTENANCE. I CALLED HYUNDAI CORPORATE TO FILE A
COMPLAINT AND GET A BETTER REASON FOR DENIAL. I WAS
TOLD I SHOULD HAVE RECEIVED A CALL WITH MORE
INFORMATION AND I STILL HAVE NOT RECEIVED ANY
FEEDBACK. I VISITED A HYUNDAI DEALERSHIP BACK IN
NOVEMBER WHO TOLD ME MY ENGINE WAS GOING BAD AND
PROVIDE PAPERWORK. I WAS NOT INFORMED BY THE
DEALERSHIP WHEN THIS INFORMATION WAS NEEDED AND
HOW SOON. I TOOK THE CARE FOR AN OIL CHANGE AFTER
VISITING THE DEALERSHIP AS IT WAS TIME AND THE ENGINE
LIGHT WENT OFF. I FEEL HYUNDAI IS NOT HONORING THEIR
WARRANTY FOR MY CAR ALTHOUGH I PROVIDED THE
INFORMATION THEY NEEDED TO SHOW I WAS KEEPING UP
WITH OIL CHANGES. I HAVE NO VEHICLE AND PURCHASED
THIS CURRENT VEHICLE UNDER THE IMPRESSION THEY
WOULD HONOR THEIR 100,000 WARRANTY. MY CAR IS UNDER
100,000 SO I'M NOT UNDERSTANDING WHY THEY ARE NOT
FIXING MY ENGINE.

NHTSA ID Number:     11221548

Incident Date:          June 14, 2019
Report Date:            June 20, 2019
Location:               Oak Forest, IL
VIN:                    N/A
Vehicle:                2013 Hyundai Accent

WAS RELIGIOUS ON MY 3000 MILE OIL CHANGES. AND ONE
DAY THE OIL LIGHT CAM E ON AND PUT A QUART IN AND
WENT FOR OIL CHANGE AT DEALER NEXT DAY…BONE DRY. IT
SRARTED NIGHT NIGHT BEFORE AND WAS TOLD ITS IT
STORING OIL OR GETTING STICK SOMEWHERE SINCE NO LEAK.
NOW NEW ENGINE IS NEEDED.


NHTSA ID Number:        11244118
Incident Date:          August 14, 2019
Report Date:            August 15, 2019
Location:               Thomasville, NC
VIN:                    KMHCT4E0GU****
Vehicle:                2016 Hyundai Accent

TL* THE CONTACT OWNS A 2016 HYUNDAI ACCENT. WHILE
OPERATING THE VEHICLE, A KNOCKING NOISE WAS PRESENT
COMING FROM THE ENGINE. THE VEHICLE WAS TAKEN TO AN
INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE
ENGINE RING WAS FAULTY, THE OIL DRAINED OUT, AND THE
ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT
REPAIRED. CAROLINA HYUNDAI (2431 NORTH MAIN ST, HIGH
POINT, NC) WAS NOTIFIED. THE MANUFACTURER WAS NOT
NOTIFIED. THE FAILURE MILEAGE WAS 104,000.


NHTSA ID Number:        11330381
Incident Date:          May 27, 2020
Report Date:            June 23, 2020
Location:               Collinsville, IL
VIN:                    KMHCT5AE6GU****

EXHIBIT A TO CLASS ACTION COMPLAINT

Vehicle:                    2016 Hyundai Accent

THE CHECK ENGINE LIGHT CAME ON & FOUND THE ENGINE

CLOGGED UP WITH A LOT OF CRUD. OIL LOOKED LIKE IT HAD

CAME OUT OF A 1960'S VEHICLE

**Hyundai Kona**

NHTSA ID Number:      113000596
Incident Date:              January 9, 2020
Report Date:                January 20, 2020
Location:                      Elk River, MN
VIN:                            KM8K3CA5XJU****
Vehicle:                      2018 Hyundai Kona

WAS DRIVING HYUNDAI KONA DOWN THE FREEWAY. I

SMELLED A BURNING SMELL, I SAW THE CHECK ENGINE

LIGHT BLINK ONCE. THE CAR WENT INTO LIMP MODE AND I

STARTED PULLING OVER TO THE SHOULDER. STOPPING ON

THE SHOULDER, I NOTICED SMOKE COMING FROM

UNDERNEATH THE HOOD. I EVACUATED THE CAR AND WITHIN

A FEW MINUTES, FLAMES WERE PRESENT. IT WAS BETWEEN 2-

3 MILES START TO FINISH.

NHTSA ID Number:      11281641
Incident Date:              November 8, 2019
Report Date:                November 21, 2019
Location:                      Pasadena, CA
VIN:                            KM8K12AA5KU****
Vehicle:                      2019 Hyundai Kona

UPON COLLISION (FRONT END) AT ABOUT 35 MPH THE

VEHICLE BURST INTO FLAMES AND CONTINUED TO BURN

UNTIL THE FIRE DEPARTMENT SHOWED UP. IN ADDITION,

THERE MAY BE AN ISSUE WITH THE SEAT BELT MECHANISM.

1   DRIVER'S CLAVICLE WAS FRACTURED AND DISPLACED UPON

2   IMPACT.

3

4   **Hyundai Elantra**

5

6   NHTSA ID Number:      10778098
    Incident Date:        September 28, 2014
7   Report Date:          September 28, 2015
    Location:             Griffin, GA
8   VIN:                  5NPDH4AE3BH****
9   Vehicle:              2011 Hyundai Elantra

10  TL* THE CONTACT OWNS A 2011 HYUNDAI ELANTRA. THE

11  CONTACT STATED THAT THE BRAKES HAD BEEN LEAKING

12  FLUID OUT OF THE VEHICLE. THE VEHICLE WAS TKAEN TO

13  THE DEALER WHERE IT WAS REPAIRED AND THE FLUID WAS

14  REPLACED. THE FAILURE RECURRED AND THE VEHICLE WAS

15  TAKEN BACK TO THE DEALER. THE BRAKE LINE WAS

16  DIAGNOSED AS THE CAUSE OF THE FAILURE AND REPLACED.

17  THE FAILURE RECURRED AND THE BRAKE PEDAL TRAVELED

18  TO THE FLOORBOARD. THE VEHICLE WOULD NOT START AND

19  WAS TAKEN TO THE DEALER AGAIN WHERE THE BRAKE

20  CONTROL UNIT WAS REPLACED. AFTER APPROXIMATELY 35

21  MPH, FLAMES APPEARED FROM THE EXHAUST. THE CONTACT

22  STATED THE VEHICLE WAS PULLED TO THE SIDE OF THE ROAD

23  AND RESTARTED AND SMOKE BEGAN TO FLOW FROM THE

24  EXHAUST AND ENGINE. THE BRAKE WARNING INDICATOR

25  ILLUMINATED DURING THE FIRST TWO FAILURES AND,

26  DURING THE LAST TWO FAILURES, ALL THE WARNING

27  INDICATORS ILLUMINATED. THE MANUFACTURER WAS

28

EXHIBIT A TO CLASS ACTION COMPLAINT

1    NOTIFIED OF THE FAILURES. THE APPROXIMATE FAILURE

2    MILEAGE WAS 51,000.

3

4    NHTSA ID Number:        10871900
     Incident Date:          May 30, 2016
5    Report Date:            June 1, 2016
     Location:               Lee's Summit, MO
6    VIN:                    KMHDC8AE8CU****
7    Vehicle:                2012 Hyundai Elantra

8    TL* THE CONTACT OWNS A 2012 HYUNDAI ELANTRA. THE

9    CONTACT STATED THAT WHILE IN PARK, THE ENGINE

10   COMPARTMENT CAUGHT FIRE. THE FIRE DEPARTMENT WAS

11   ABLE TO EXTINGUISH THE FIRE. A POLICE REPORT WAS NOT

12   FILED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE

13   MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE.

14   THE FAILURE MILEAGE WAS 20,000.

15

16   NHTSA ID Number:        10874497
     Incident Date:          May 13, 2016
17   Report Date:            June 15, 2016
     Location:               Valdosta, GA
18   VIN:                    5NPDH4AE3FH****
19   Vehicle:                2015 Hyundai Elantra

20   THE ELANTRA THAT HAD 18000 MILES ON IT BURST INTO

21   FLAMES AFTER SETTING OVERNIGHT. THE CAR HAD NOT BEEN

22   DRIVEN SINCE THE NIGHT BEFORE AND IT BURST INTO

23   FLAMES IN MY DRIVEWAY AND COMPLETELY BURNED UP.

24   THE FIRE DEPARTMENT HAD TO COME OUT AND PUT THE CAR

25   OUT. THEY INVESTIGATED THE FIRE AND FOUND THERE WAS

26   NO FOUL PLAY. IT IS UNKNOWN TO US WHAT CAUSED THE

27   FIRE BUT WE FELL IT HAD TO BE SOMETHING ELECTRICAL.

28

1

2  NHTSA ID Number:     10893301
   Incident Date:        June 15, 2016
3  Report Date:          August 4, 2016
4  Location:             Fenton, MI
   VIN:                  KMHDH4AE3DU****
5  Vehicle:              2013 Hyundai Elantra

6  ON NUMEROUS OCCASIONS, MY CAR WOULD STALL OUT

7  DURING LEFT TURNS ( MIDDLE OF INTERSECTIONS) AND

8  WHILE ACCELERATING ON AN ENTRANCE RAMP. THERE WERE

9  NO WARNING LIGHTS PRIOR TO STALLING. I TOOK IT IN FOR

10 SERVICE/DIAGNOSTICS. I WAS TOLD IT IS POSSIBLE FOR THE

11 ELANTRA TO SUCK TO 1QT OF OIL PER 1000 MILES! DUE TO

12 THE MECHANICS OF THE CAR, IT WOULD STALL OUT WHILE

13 TURNING IF LOW ON OIL. I WAS DUE FOR REGULAR OIL

14 CHANGE AND IT WAS COMPLETED DURING THE SERVICE AT

15 WHICH TIME THEY STATED I WAS 2 QTS LOW !! IT WAS

16 SUGGESTED THAT I COME IN EVERY 2000 MILES TO HAVE IT

17 CHECKED. MY CONCERN IS -WITHOUT WARNING LIGHTS, DO I

18 HAVE TO STALL IN THE MIDDLE OF AN INTERSECTION TO LET

19 ME KNOW MY OIL IS LOW ????

20

21 NHTSA ID Number:     10984687
   Incident Date:        April 1, 2017
22 Report Date:          May 10, 2017
23 Location:             Sandstone, MN
   VIN:                  MKHDH3AE2CU****
24 Vehicle:              2012 Hyundai Elantra

25 ENGINE TICKING. BROUGHT IT IN AND THEY INFORMED ME I

26 NEED AN ENGINE REPLACEMENT. THEY ALSO INFORMED ME

27 IF I DO NOT GET THE ENGINE FIXED AND CONTINUE TO DRIVE

28

1   IT, IT COULD STALL AND OR POTENTIALLY BLOW UP. VEHICLE

2   IS UNDER 100K MILES, HOWEVER I AM SECOND OWNER, SO IT

3   IS NOT COVERED UNDER WARRANTY. I DO HAVE ALL OF MY

4   SERVICE RECORDS, I DEFINITELY MAINTAINED THE VEHICLE

5   SO THERE IS NO REASON TO HAVE TO REPLACE THE ENGINE

6   ON MY BEHALF. HAVE NOT GOTTEN IT FIXED YET AS I DO NOT

7   HAVE 8K LAYING AROUND TO DO SO. HYUNDAI NEEDS TO

8   RECALL THEIR 2012 ELANTRA ENGINES AS IT IS A

9   MANUFACTURER PROBLEM.

10

11   NHTSA ID Number:       10994093
     Incident Date:         June 8, 2017
12   Report Date:           June 9, 2017
     Location:              Wareham, MA
13   VIN:                   KMHD35LH0EU****
     Vehicle:               2014 Hyundai Elantra
14

15   TL* THE CONTACT OWNS A 2014 HYUNDAI ELANTRA. WHILE

16   DRIVING APPROXIMATELY 60 MPH, THE VEHICLE SUDDENLY

17   STALLED AND A CLOUD OF WHITE SMOKE APPEARED FORM

18   THE REAR OF THE VEHICLE. ONCE THE VEHICLE WAS MOVED

19   TO THE SIDE OF THE ROAD, BLACK SMOKE BEGAN TO APPEAR

20   FROM UNDER THE HOOD OF THE VEHICLE, WHICH

21   EVENTUALLY TURNED TO FLAMES. THE FIRE DEPARTMENT

22   EXTINGUISHED THE FIRE AND FILED A REPORT. THE CONTACT

23   WAS NOT NOTIFIED WHETHER OR NOT THE VEHICLE WAS

24   DESTROYED. THE MANUFACTURER WAS MADE AWARE OF THE

25   FAILURE AND OPENED CASE NUMBER: 10309640. THE

26   APPROXIMATELY FAILURE MILAGE WAS 70,000.

27

28   NHTSA ID Number:       11062618

Incident Date:          January 8, 2018
Report Date:            January 13, 2018
Location:               Unknon
VIN:                    KMHDH4AE7BU****
Vehicle:                2011 Hyundai Elantra

I STARTED MY CAR AND IT HAD DEVELOPED A LOUD KNOCK.
MY CAR HAS JUST OVER 82K MILES. MY MECHANIC INFORMED
THAT IT NEEDED A NEW ENGINE. I TOOK MY CAR TO TWO
DEALERSHIPS AND BOTH SAID IT WAS A COMMON
PROBLEM/DEFECT FOR THIS MAKE AND MODEL YEAR. THE
DEALERSHIP INFORMED ME THAT IT WAS CAUSED BY A
COATING ON THE PISTONS COMING OFF THAT EVENTUALLY
CAUSES THE KNOCK AND ENGINE FAILURE. ONE DEALERSHIP
HAD 3 ELANTRAS IN THEIR SHOP FOR THE SAME ISSUE. MY
CAR IS NOT UNDER WARRANTY AS I AM THE SECOND OWNER.
THIS DEFECT SHOULD BE ADDRESSED AS IT IS EXACTLY THE
SAME ISSUE AS THE SONATAS WHICH WERE RECALLED.


NHTSA ID Number:        11100294
Incident Date:          June 5, 2018
Report Date:            June 6, 2018
Location:               Jacknsonville, FL
VIN:                    KMHD35LH0GU****
Vehicle:                2016 Hyundai Elantra

STARTED ASCENDING OVER A BRIDGE WHEN CAR STARTED
TO PUTTER. THEN SMOKE CAME OUT OF THE TAILPIPE. POWER
FLICKERED THEN WENT OFF. WAS ABLE TO COAST TO THE
SIDE OF THE ROAD. TURNED OFF THE CAR AND IT WAS
SMOKING. LOOKED UNDERNEATH THE CAR AND SAW
DRIPPING FLUID THEN A SPARK. THAT IS WHEN THE CAR
CAUGHT ON FIRE.

1

2     NHTSA ID Number:    11112279
    Incident Date:    July 11, 2018

3     Report Date:    July 18, 2018
    Location:    Nashville, TN

4     VIN:    5NPDH4AEXDH****

5     Vehicle:    2013 Hyundai Elantra

6     HYUNDAI REPLACED MY 2013 ELANTRA'S ENGINE (68k MILES)

7     AS A "GOODWILL GESTURE" DUE TO A FLAW IN THE ORIGINAL

8     ENGINE WHICH WASN'T ALLOWING ENOUGH OIL TO GET TO

9     THE ENGINE. TWO DAYS AFTER THE ENGINE REPLACEMENT

10     THE CAR DIED WHILE BEING DRIVEN IN WHICH THEY

11     SUSPECTED IT BE A FUEL PUMP ISSUE. AFTER RESOLVING

12     THAT SUSPECTED ISSUE THE CAR AGAIN SHUT OFF WHILE IN

13     MOTION DURING THE TEST DRIVE AND CAUGHT FIRE WHILE

14     THE CAR WAS PULLED TO THE SIDE OF THE CITY STREET

15     AFTER BEING DRIVEN FOR ONLY ONE BLOCK.

16

17     NHTSA ID Number:    111155762
    Incident Date:    December 2, 2018

18     Report Date:    December 3, 2018
    Location:    Rowland Heights, CA

19     VIN:    KMHD35LH1EU****

20     Vehicle:    2014 Hyundai Elantra

21     DRIVING DOWN FREEWAY AND CAR STOPPED RUNNING AND

22     WITHIN A MINUTE CAUGHT FIRE AND BURNT. MY SON GOT

23     OVER TO SHOULDER AND GOT PUT AND AWAY FROM CAR

24     SAFELY. THE CAR IS 100 PERCENT DESTORYED. I HAD READ

25     TODAY THE HYUNDAIS HAVE BEEN HAVING SOME FIRE

26     ISSUES SO THOUGH I WOULD REPORT THIS INCIDENT.

27

28     NHTSA ID Number:    11241538

| | | |
|---|---|---|
| Incident Date: | August 2, 2019 | |
| Report Date: | August 3, 2019 | |
| Location: | Fullerton, CA | |
| VIN: | KMHDH4AE0GU**** | |
| Vehicle: | 2016 Hyundai Elantra | |

MY HYUNDAI ELANTRA HAS 82,700 MILES, MAINTAINED REGULARLY. AS OF YESTERDAY THE VEHICLE STALLS WHEN DRIVING ABOVE 45 MILES PER HOUR. PHONE HYUNDAI AND THEY SAY THE WARRANTY ONLY GOES UP TO 80,000 MILES. WE ARE TAKING IT IN TO HYUNDAI ON MONDAY TO SEE WHAT CAN BE DONE. THE ENGINE SHOULD NOT STALL AT THIS MILEAGE.

| | | |
|---|---|---|
| NHTSA ID Number: | 11339703 | |
| Incident Date: | June 29, 2020 | |
| Report Date: | July 16, 2020 | |
| Location: | Los Angeles, CA | |
| VIN: | 5NPD84LF8JH**** | |
| Vehicle: | 2018 Hyundai Elantra | |

ON JUNE 29,2020 MY 2018 HYUNDAI ELANTRA WITH ONLY 40,000 HAD A ENGINE FIRE AND TOTALED MY ENTIRE CAR THAT WAS PARKED AND TURNED OFF INSIDE OF MY GARAGE

**Hyundai Veloster**

| | | |
|---|---|---|
| NHTSA ID Number: | 10883037 | |
| Incident Date: | July 3, 2016 | |
| Report Date: | July 6, 2016 | |
| Location: | Massillon, OH | |
| VIN: | KMHTC6AE8DU**** | |
| Vehicle: | 2013 Hyundai Veloster | |

CAR TRAVELING AT 25 MPH IN STRAIGHT LINE ON CITY STREET, LOUND BANG AND SHOWER OF SPARKS UNDER CAR.

1   LOSS OF POWER BUT CAR STILL RUNNING. PULLED TO SIDE OF

2   ROAD AND SAW SMOKE COMING OUT OF HOOD. OPENED

3   HOOD AND ENGINE COMPARTMENT ENGULFED IN FLAMES,

4   CLOSED HOOD AND GOT AWAY FROM CAR. WITHIN 40

5   SECONDS ENGINE COMPARTMENT AND CABIN TOTALLY

6   ENGULFED IN FLAMES, CAR WAS A COMPLETE LOSS. 61,000

7   MILES.

8

9   NHTSA ID Number:    11012378
     Incident Date:       July 21, 2017

10   Report Date:        August 2, 2017
     Location:           Austin, TX

11   VIN:                N/A

12   Vehicle:           2013 Hyundai Veloster

13   INCIDENT HAPPENED ON JULY 21ST 2017 AT 1:45PM AT 9701

14   DESSAU ROAD, AUTIN TEXAS. I WAS COMING AROUND THE

15   CORNER AT DESSAU AND RUNDBERG HEADING NORTH AND I

16   FELT THE CAR SKIP A LITTLE AND HAD SOME LOSS OF POWER.

17   I PULLED INTO THE PARKING LOT AT 9701 DESSAU AND THE

18   CAR WAS SMOKING AND THE BRAKES WENT OUT. I PULLED

19   THE EMERGENCY BRAKE AND THEN OPENED THE HOOD,

20   THERE WAS FIRE AND BLACK SMOKE COMING OUT AND I RAN

21   INSIDE TO GET A FIRE EXTINGUISHER. IT LOOKED LIKE THE

22   ALTERNATOR FAILED AND CAUGHT ON FIRE. THE FIRE

23   SPREAD UNDER THE MOTOR COVER AND BURNED SOME OF

24   THE HOOD, BUT I GOT TO IT QUICKLY AND MINIMAL DAMAGE

25   WAS DONE. I COULD HAVE CRASHED AND DIED.

26

27   NHTSA ID Number:    11089973
     Incident Date:       February 26, 2018

28

EXHIBIT A TO CLASS ACTION COMPLAINT

Report Date:            April 24, 2018
Location:               Gardena, CA
VIN:                    KMHTC6AE8DU****
Vehicle:                2013 Hyundai Veloster

TL* THE CONTACT OWNED A 2013 HYUNDAI VELSOTER. WHIEL
AT A STOP AND DEPRESSING THE ACCELERATOR PEDAL, AN
EXPLOSION WAS HEARD COMING FROM THE ENGINE. THE
CHECK ENGINE WARNING INDICATOR ILLUMINATED AND THE
VEHICLE STALLED. THE VEHICLE WAS ABLE TO COAST TO THE
SIDE OF THE ROAD. THE CONTACT NOTICED BLACK SOME
UNDERNEATH THE HOOD AND FROM BOTH FRONT TIRES. IN
ADDITION, THE CONTACT STATED THAT THE ENGINE BURST
INTO FLAMES. THE FIRE DEPARTMENT EXTINGUISHED THE
FIRE. A POLICE REPORT WAS FILED AND THERE WERE NO
INJURIES. THE VEHICLE WAS TOWED TO THE CONTACT'S
RESIDENCE. THE VEHICLE WAS NOT TAKEN TO A DEALER OR
INDEPENDENT MECHANIC FOR DIAGNOSTIC TESTING OR
REPAIRS. THE VEHICLE WAS DESTROYED. THE
MANUFACTURER WAS NOTIFIED OF THE FAILURE AND
OPENED CASE NUMBER: 11082662. THE APPROXIMATE FAILURE
MILEAGE WAS 82,000.

NHTSA ID Number:        11110447
Incident Date:          February 26, 2018
Report Date:            July 10, 2018
Location:               Columbus, OH
VIN:                    KHMTC6AD9FE****
Vehicle:                2015 Hyundai Veloster

TL* THE CONTACT OWNED A 2015 HYNDAI VELOSTER. WHILE
DRIVING 60 MPH, THE CONTACT NOTICED SMOKE UNDER THE
PASSENGER SIDE DASHBOARD. THERE WERE NO WARNING

INDICATORS ILLUMINATED. THE CONTACT WAS ABLE TO
COAST THE VEHICLE TO THE SIDE OF THE ROAD AS THE
ENGINE STALLED. THE CONTACT OPENED THE HOOD AND
OBSERVED FLAMES AROUND THE ENGINE COMPARTMENT.
THE FIRE DEPARTMENT WAS CALLED AND EXTINGUISHED
THE FIRE. A POLICE REPORT WAS FILED AND THERE WERE NO
INJURIES. THE VEHICLE WAS DESTROYED AND TOWED. THE
DEALER WAS NOT CONTACTED. THE MANUFACTURER WAS
MADE AWARE OF THE FAILURE. THE VIN WAS INVALID. THE
FAILURE MILEAGE WAS APPROXIMATELY 53,000.

NHTSA ID Number:       11133478
Incident Date:         September 10, 2018
Report Date:           October 5, 2018
Location:              Livermore, CA
VIN:                   N/A
Vehicle:               2013 Hyundai Veloster

WHILE DRIVING HOME MY CAR SUDDENLY CAUGHT FIRE. THE
MANUFACTURE HAD JUST REPLACED THE FUEL IN INJECTIONS
SYSTEM 2 WEEKS PRIOR.

NHTSA ID Number:       11195743
Incident Date:         February 26, 2019
Report Date:           April 12, 2018
Location:              Barstow, CA
VIN:                   KMHTC6ADXCU****
Vehicle:               2012 Hyundai Veloster

COMPLETE CAR FIRE. I WAS DRIVING ON THE FREE WAY
GOING BETWEEN 70 AND 75 MPH AND I WENT OT CHANGE
LANES AND WHEN I LOOKED BACK IN THE REARVIEW MIRROR
ALL I SEE IS SMOKE SO I PULL OFF THE FREEWAY ONTO THE

1   SHOULDER AND I SEE A FLAME FROM UNDER THE HOOD. SO I

2   POP THE HOOD LATCH AND I OPEN IT AND THERE WAS A FIRE

3   COMING FROM THE ENGINE COMPARTMENT. SO I SHUT THE

4   HOOD AND GO AND GRAB NECESITIES OUT FROM THE

5   VEHICLE AND WAIT FOR THE FIRE DEPARTMENT TO SHOW UP

6   AND PUT OUT THE CAR. WELL WHEN THEY SHOWED UP, THEY

7   WERE NOT ABLE TO SALVAGE ANY USABLE PART OF THE

8   VEHICLE. AGAIN IWAS ON THE FREEWAY/HIGHWAY

9   TRAVELING BETWEEN 70 MPH AND 75 MPH.

10

11   NHTSA ID Number:      11306691
     Incident Date:        January 25, 2020
12   Report Date:          February 3, 2020
     Location:             Columbus, OH
13   VIN:                  KMHTC6AD6DU****
     Vehicle:              2013 Hyundai Veloster
14

15   TL* THE CONTACT SON OWNS A 2013 HYUNDAI VELOSTER.

16   THE CONTACT STATED WHILE DRIVING 65 MPH, WHEN A BY

17   STANDER DRIVER ON THE PASSENGER SIDE INFROMED HIS

18   VEHICLE WAS FIRE. THE CONTACT STATED MULTIPLE

19   WARNING LIGHT WERE ILLUMINTED. THE CONTACT STATED

20   HE WAS ABLE TO PARK ON THE SIDE OF THE ROAD AND

21   CALLED 911. THE CONTACT STATED THE POLICE SHOWED UP

22   CALLED THE FIRE DEPARTMENT. THE FIRE DEPARTMENT

23   EXTINGUISHED THE FIRE BUT DID NOT FILE ANY REPORTS.

24   THE VEHICLE WAS NOT DRIVABLE AND WAS TOWED TO

25   LOCAL DEALER DENNIS AUTOMOTIVE LOCATED AT 2900

26   MORSE ROAD, COLUMBUS, OH 43231, WERE MADE AWARE OF

27   THE FAILURE. THE VEHICLE HAD NOT BEEN DIAGNOSED OR

28

1  BEEN REPAIRED AS OF YET. UPON INVESTIGATION THE

2  CONTACT ASSOCIATED THE FAILURE WITH NHTSA CAMPAIGN

3  NUMBER: 19v204000 (ELECTRICAL SYSTEM, ENGINE). THE

4  MANUFACTURER HAD BEEN INFORMED OF FAILURE. THE

5  FAILURE MILEAGE WAS 73,000. *LN

6

7  NHTSA ID Number:      10806404
   Incident Date:         September 23, 2015
8  Report Date:           November 24, 2015
   Location:              Sylmar, CA
9  VIN:                   5NPDH4AE2GH****
   Vehicle:               2016 Hyundai Elantra
10

11 ENGINE LIGHT COMES ON AND ENGINE SHUTS OFF WHILE

12 DRIVING. THIS OCCURRED TWICE ON THE FREEWAY AND

13 ONCE ON A CITY STREET WHILE THE VEHICLE IN WAS IN

14 MOTION. VEHICLE ONLY HAS 1800 MILES. I HAVE TAKEN IT TO

15 THE HYUNDAI DEALERSHIP FOR REPAIR NUMEROUS TIMES.

16 WHEN I PICK IT UP THEY SAY "IT'S BEEN REPAIRED" BUT

17 HOURS OR DAYS LATER THE SAME PROBLEM OCCURS. I

18 DEMANDED THAT THEY VOID THE PURCHASE CONTRACT BUT

19 HYUNDAI REFUSED. I HAD TO RETAIN AN ATTORNEY WHO

20 RECENTLY FILED A LAWSUIT AGAINST HYUNDAI REGARDING

21 THIS MATTER (CASE # 15K14065).

22

23 NHTSA ID Number:      10926805
   Incident Date:         November 16, 2016
24 Report Date:           November 18, 2016
   Location:              KAUKAUNA, WI
25 VIN:                   KMHDH4AE3EU****
   Vehicle:               2014 Hyundai Elantra
26

27 WHEN DRIVING STRAIGHT AT 15-25 MPH, IN TOWN, AFTER

28

ABOUT 25 MINUTES OF FREEWAY DRIVING, RPMS AT OR
AROUND 1250, THE ENGINE  SHUTS OFF AND ALL THE LIGHTS
ON THE DASH TRUN ON. TAKING IT INTO THE SERVICE
CENTER, THERE ARE NO CODES IN THE COMPUTER.  THE
TIMING CAP HAS BEEN REPLACED ONCE, BECAUSE THEY
WERE ABLE TO DUPLICATE THE ISSUE AT THE SHOP, BUT THE
LAST TWO INSTANCES THEY WERE UNABLE TO DUPLICATE SO
THEY REFUSED TO FIX IT. THE CAR HAS 61000 MILES ON IT
AND IS STILL UNDER HYUNDAI'S POWERTRAIN WARRANTY.

NHTSA ID Number:     10986108
Incident Date:              March 9, 2017
Report Date:                May 17, 2017
Location:                      Anaheim, CA
VIN:                             5NPD84LP9HH****
Vehicle:                       2017 Hyundai Elantra

THE CAR WAS DRIVING DOWN A CITY STREET WHEN THE
ENGINE CEASED WHILE DRIVING IN FRONT OF A HIGHWAY
OFF-RAMP. THE CAR WOULD NOT RESTART AND WAS TOWED
TO HYUNDAI WHERE THEY INSTALLED A NEW ENGINE,
CALIMING AN OIL BEARING FAILED.

NHTSA ID Number:     11003175
Incident Date:              June 20, 2017
Report Date:                July 5, 2017
Location:                      Pequannock, NJ
VIN:                             2MEFM74W53X****
Vehicle:                       2017 Hyundai Elantra

WAS DRIVING ON INTERSTATE 287 W WHEN THE CAR SHUT
DOWN. THERE WAS NO WARNING LIGHT. I HAD TO QUICKLY
TRY TO GET THE CAR TO THE SHOULDER. THERE WAS A

1    BURNING SMELL WHEN THE CAR SHUT DOWN.

2

3    THE ELANTRA WAS BOUGHT NEW AND I ONLY OWNED IT FOR

4    5 MONTHS.

5

6    I CALLED AAA AND THEY TOWED US TO THEIR GAS STATION

7    IN NY. FROM THERE, ANOTHER TOW TRUCK TOOK US TO THE

8    MAZDA REPAIR LOCATION, IN NJ, WHICH DOES REPAIRS FOR

9    THE HYUNDAI DEALER.

10

11   THEY PUT OIL IN THE CAR AND THEN REALIZED THAT THERE

12   WAS NO OIL IN THE CAR. THEY STATED WE NEEDED A NEW

13   ENGINE AND IT WOULD ONE MONTH TO ORDER AND INSTALL.

14

15   ONLY TWO WEEKS EARLIER, WE WENT TO THAT SAME REPAIR

16   LOCATION FOR A 5,000 MILE CHECK UP WHERE THEY DID AN

17   OIL CHANGE. NOTHING WAS WRONG WITH THE CAR.

18

19   I AM 88 AND VERY LUCKY I KNEW WHAT TO DO WHEN THE

20   CAR SHUT DOWN. I HOPE THIS DOES NOT HAPPENED TO A NEW

21   DRIVER.

22

23   NHTSA ID Number:        11015120
     Incident Date:          August 9, 2017
24   Report Date:            August 14, 2017
     Location:               Danbury, CT
25   VIN:                    KMHD35LH1EU****
     Vehicle:                2014 Hyundai Elantra
26
27   SUDDEN ENGINE FAILURE DUE TO EXCESSIVE METAL. CAR

28

1    WAS OPERATING NORMALLY ON HIGHWAY WHEN SUDDENLY

2    OIL PRESSURE LIGHT BEGAN FLASHING ON AND OFF. THIS

3    WAS FOLLOWED BY KNOCKING WHICH GOT PROGRESSIVELY

4    LOUDER OVER SHORT PERIOD. ROLLED INTO SERVICE

5    STATION TO FIND ENGINE BLOWN. SERVICE STATION

6    SUGGESTED TOWING TO HYUNDAI FOR EVALUATION.

7    HYUNDAI DEALERSHIP TORE DOWN ENGINE TO FIND

8    "SIGNIFICANT" METAL AND BLOWN CLYINDER. HYUNDAI

9    REFUSES TO ACKNOWLEDGE THIS IS A DEFECT.

10

11   **Hyundai Tucson**

12

13   NHTSA ID Number:       11331610
     Incident Date:         June 3, 2020
14   Report Date:           June 30, 2020
     Location:              Phoenix, AZ
15   VIN:                   KM8J33A47GU****
16   Vehicle:               2016 Hyundai Tucson

17   WHILE DRIVING IN MOTION ON CITY STREET, WEST BOUND ,

18   PEOPLE WERE YELLING AT ME… WASN'T SURE WHAT WAS

19   GOING ON…I ROLL DOWN MY WINDO TO HEAR THEM

20   YELLING "YOUR CAR IS ON FIRE" SO I PULL OFF ROAD IN TO A

21   PARKING LOT…STOP AND OPEN DOOR AS FIRE RUSHING IN AS

22   I'M "LITERALLY" HAVING TO JUMP OUT ! TYRING TO PUT FIRE

23   OUT WITH FIRE EXTINGUISHER ,BUT DID NOT WORK…MAYBE

24   10 MINS LATER ,FIRE DEPARTMENT ARRIVES AND PUTS IT OUT

25

26   NHTSA ID Number:       11330367
     Incident Date:         June 17, 2020
27   Report Date:           June 23, 2020
     Location:              Unknown
28

EXHIBIT A TO CLASS ACTION COMPLAINT

VIN:                    N/A
Vehicle:                2015 Hyundai Tucson

TL*   THE CONTACT OWNS A 2015 HYUNDAI TUCSON. THE
CONTACT STATED THAT WHILE HIS SON WAS DRIVING ABOUT
55 MPH, A NOISE WAS HEARD AND ANOTHER DRIVER ALERTED
THAT THE VEHICLE WAS SMOKING. THE CONTACT STATED
THAT THE VEHICLE OCCUPANTS TATED THAT SMOKE WAS
SEEN ENTERING THE VEHICLE. THE PASSERBY OPENED THE
HOOD AND THE VEHICLE BURSTED INTO FLAMES. NO INJURIES
WERE REPORTED. THERE WAS NO WARNING INDICATORS. THE
PASSERBY ATTEMPTED TO EXTINGUISH THE FIRE WITH A FIRE
EXTINGUISHER. THE FIRE DEPARTMENT ARRIVED AT THE
SCENE AND EXTINGUISHED THE FIRE COMPLETELY. THE
CONTACT STATED THAT A STATE TROOPER FILED A POLICE
REPORT AND THAT A FIRE REPORT WAS ALSO FILED. THE
VEHICLE WAS DAMAGED AND WAS TOWED TO A TOW YARD.
THE CONTACT STATED THAT THE INSURANCE COMPANY HAD
NOT GIVEN THE FINAL REPORT ON THE STATUS OF THE
VEHICLE. THE DEALER WAS NOT CALLED. THE
MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE.
THE FAILURE MILEAGE WAS APPROXIMATELY 62,000. THE VIN
WAS NOT AVAILABLE.

NHTSA ID Number:       11022425
Incident Date:         September 9, 2017
Report Date:           August 27, 2017
Location:              Hyattsville, MD
VIN:                   KM8JT3AF5FU****
Vehicle:               2015 Hyundai Tucson

WHILE DRIVING MY CAR IT CAME TO A SUDDEN STOP AT NO

1    TIME DID ANY SERVICE ENGINE LIGHT OR OIL LIGHT
2    APPEARED UPON HAVING MY CAR TOWED HOME I FELT
3    THERE WAS NO OIL IN THE ENGINE. THE OIL WAS JUST
4    CHANGE JULY 8TH OF 2017. MY CAR STOPPED RUNNING
5    AUGUST 27TH A 2017. I DON'T UNDER WHY I NEVER GOT A
6    SERVICE ENGINE SOON OR DON'T UNDERSTAND WHY THE OIL
7    LIGHT DID NOT APPEAR.

8
9    NHTSA ID Number:      11024594
     Incident Date:        August 28, 2017
10   Report Date:          September 20, 2017
     Location:             Monroe, CT
11   VIN:                  KM8JT3AB0CY****
12   Vehicle:              2012 Hyundai Tucson

13   TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. WHILE
14   DRIVING 50 MPH, THE VEHICLE HESITATED TO SHIFT TO A
15   HIGHER GEAR. THE CONTACT STATED THAT THE EPS, OIL, AND
16   CHECK ENGINE WARNING INDICATORS ILLUMINATED. THE
17   CONTACT WAS ABLE TO EXIT THE HIGHWAY. THE ENGINE
18   STARTED SKIPPING AND ALL POWER WAS LOST. THE VEHICLE
19   WAS TOWED TO DANBURY HYUNDAI (102 FEDERAL RD,
20   DANBURY, CT 06810 (203) 730-4700) WHERE IT WAS DIAGNOSED
21   THAT THE ENGINE SEIZED AND NEEDED REPLACEMENT. THE
22   VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS
23   MADE AWARE OF THE FAILURE AND DID NOT ASSIST. THE VIN
24   WAS INVALID. THE FAILURE MILEAGE WAS 59,092.

25
26   NHTSA ID Number:      11164324
     Incident Date:        April 11, 2018
27   Report Date:          December 31, 2018
     Location:             Ellicott City, MD
28

Page 71

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VIN:                          KM8J3CA29GU****
Vehicle:                      2016 Hyundai Tucson

HYUNDAI TUCSON ENGINE

THE VEHICLE IS BURNING EXCESS AMOUNTS OF OIL. THE
RATE OF ENGINE OIL LOSS IS OVER ONE QUART PER 500 MILES.
MY MECHANIC TELLS ME HIS EVALUATION IS THE VEHICLE'S
TURBO UNIT CAUSES THE ENGINE TO RUN VERY HOT, AND
THE INTERNAL SEALS ARE BREAKING DOWN, CAUSING OIL TO
MIX WITH THE FUEL. THE SOLUTION IS AN ENGINE REBUILD,
WHICH WILL COST OVER $3,000. SUCH A REBUILD WILL
RESULT IN THE SAME ISSUE ARISING AGAIN AFTER THE
VEHICLE IS IN USE FOR A PERIOD OF TIME. THE
MANUFACTURER HAS REFUSED TO THE ADDRESS THE ISSUE,
AS I HAVE CORRESPONDED WITH THEM ABOUT IT. THE ISSUE
IS GENERIC TO ALL HYUNDAI TUCSONS WITH 1.6 LITRE
TURBOCHARGED ENGINE. MY MECHANIC HAS RESEARCHED
THE ISSUE, AND SAYS IT OCCURS IN ALL HYUNDAI TUCSON
VEHICLES WITH THIS ENGINE CONFIGURATION. THERE ARE
OTHER ISSUES RELATED TO BUILD QUALITY, TRANMISSION,
AND OTHER COMPONENTS, BUT THIS ISSUE OF THE DEFECTIVE
ENGINE DESIGN IS OBVIOUSLY THE MORE IMPORTANT. THE
DEALER THAT SOLD ME THIS VEHICLE KNEW OF THIS
CONDITION AND DID NOT DISCLOSE IT AT THE TIME OF SALE,
AND REPRESENTED THAT THE ENGINE WAS IN SOUND
WORKING ORDER. *DT*JB

EXHIBIT A TO CLASS ACTION COMPLAINT